**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **San Francisco Ship Repair, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **FDBA  BAE Systems San Francisco Ship Repair, Inc.** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **94-3168698** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**Principal place of business**

**Foot of 20th Street**
**San Francisco, CA 94107**
Number, Street, City, State & ZIP Code

**San Francisco**
County

**Mailing address, if different from principal place of business**

**201 Harris Ave**
**Bellingham, WA 98225**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **none** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Case 18-41350-BDL    Doc 1    Filed 04/17/18    Ent. 04/17/18 16:20:19    Pg. 1 of 111

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__3366__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|----------|--|------|--|-------------|--|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **Puglia Engineering Inc.** | Relationship | **Parent Company** |
|--------|-----------------------------|--------------|--------------------|
| District | **Western District of Washington** | When **4/14/18** | Case number, if known **18-41324** |

Case 18-41350-BDL    Doc 1    Filed 04/17/18    Ent. 04/17/18 16:20:19    Pg. 2 of 111

**11. Why is the case filed in this district?**    *Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
          Contact name   _____
          Phone          _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 17, 2018** _____
            MM / DD / YYYY

**X** **/s/ Neil Turney** _____        **Neil Turney** _____
     Signature of authorized representative of debtor         Printed name

Title    **President** _____

**18. Signature of attorney**

**X** **/s/ Steven J Reilly WSBA** _____    Date   **April 17, 2018** _____
     Signature of attorney for debtor                        MM / DD / YYYY

**Steven J Reilly WSBA #44306** _____
Printed name

**The Tracy Law Group PLLC** _____
Firm name

**720 Olive Way #1000**
**Seattle, WA 98101** _____
Number, Street, City, State & ZIP Code

Contact phone   **206-624-9894** _____    Email address _____

**#44306 WA** _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **San Francisco Ship Repair, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 17, 2018**     *X* **/s/ Neil Turney**

                                            Signature of individual signing on behalf of debtor

                                            **Neil Turney**

                                            Printed name

                                            **President**

                                            Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **San Francisco Ship Repair, Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF WASHINGTON** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ACTION CLEANING CORP 1668 NEWTON AVE SAN DIEGO, CA 92113 | | | | | | $85,776.00 |
| ALLIED UNIVERSAL SECURITY SERV 161 WASHINGTON STREET SUITE 600 CONSHOHOCKEN, PA 19428 | | | | | | $79,232.91 |
| AMNAV MARITIME CORPORATION 201 BURMA ROAD OAKLAND, CA 94607 | | | | | | $95,450.00 |
| BAE Systems Ship Repair Inc. Attn: Ian T. Graham 1101 Wilson Blvd., Suite 2000 Arlington, VA 22209 | | | | | | $769,000.00 |
| Clyde & Co. RE: Princess Cruise Lines 101 Second Street 24th Floor San Francisco, CA 94105 | | | | | | $803,418.00 |
| CUSTOM SHIP INTERIORS, INC PO BOX 882 SOLOMONS, MD 20688 | | | | | | $121,348.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **FAIRBANKS MORSE ENGINE 7824 COLLECTION CENTER DR CHICAGO, IL 60693** | | | | | | $237,655.79 |
| **FASSMER SERVICES AMERICA, LLC 3650 NW 15TH ST LAUDERHILL, FL 33311** | | | | | | $140,273.65 |
| **IMECO, INC 1401 CARPENTER AVE IRON MOUNTAIN, MI 49801** | | | | | | $205,700.50 |
| **MAN DIESEL 1600A BRITTMOORE RD Houston, TX 77043** | | | | | | $372,473.78 |
| **MOTOR-SERVICES HUGO STAMP 3190 SW 4TH AVE FT LAUDERDALE, FL 33315** | | | | | | $379,087.43 |
| **PORT OF SAN FRANCISCO PO BOX 7862 SAN FRANCISCO, CA 94120-7862** | | | | | | $742,887.40 |
| **Princess Cruise Lines, Ltd 24305 Town Center Drive Santa Clarita, CA 91355** | | | | | | $803,418.00 |
| **SAFWAY SERVICES, LLC 1660 GILBRETH RD BURLINGAME, CA 94010** | | | | | | $103,896.41 |
| **SAN FRANCISCO WATER POWER SEWE ATTN: CSB, RETAIL ELECTRIC 525 GOLDEN GATE AVE, 3RD FLOOR SAN FRANCISCO, CA 94102** | | | | | | $254,249.41 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SF Public Utilities Commissio #60DRG60D-01 1390 Market Street, 7th Floor SAN FRANCISCO, CA 94102-5408** | | | | | | $244,456.06 |
| **UNITED RENTALS 123 LOOMIS ST SAN FRANCISCO, CA 94124** | | | | | | $130,090.48 |
| **UNITED WESTERN SUPPLY 5245 E MARGINAL WAY SEATTLE, WA 98134** | | | | | | $80,636.00 |
| **WALASHEK INDUSTRIAL AND MARINE 6410 S 143RD ST TUKWILA, WA 98168** | | | | | | $64,025.00 |
| **WARTSILA DEFENSE, INC 3617 KOPPENS WAY CHESAPEAKE, VA 23323** | | | | | | $410,101.73 |

Debtor name   **San Francisco Ship Repair, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:   Summary of Assets

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..........................................................................    $     **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................    $     **0.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..........................................................................    $     **0.00**

### Part 2:   Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     **0.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $     **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$     **8,031,829.53**

4. **Total liabilities** ...................................................................................................
   Lines 2 + 3a + 3b    $     **8,031,829.53**

Fill in this information to identify the case:

Debtor name     **San Francisco Ship Repair, Inc.**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF WASHINGTON

Case number (if known)

☐ Check if this is an
   amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---------|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.  Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.  Aircraft and accessories** | | | |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**When the debtor ceased operations in May, 2017, there was equipment and tools located at the leased property at the Port of San Francisco. All assets were left at the site. The debtor does not have knowledge of what remains at the site or what claims the Port of San Francisco may assert with respect to the equipement.** | **Unknown** | | **Unknown** |

**51.  Total of Part 8.**                                                                                                 **$0.00**

Add lines 47 through 50.  Copy the total to line 87.

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---------|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|----------|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
| --- | --- | --- |
| 71. | **Notes receivable** Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| | **Unused NOLs**                          Tax year **2017** | **Unknown** |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** **Potential avoidance action against Debtor's Parent Company, Puglia Engineering Inc.** | **Unknown** |
| | Nature of claim | |
| | Amount requested                                **$0.00** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.** Add lines 71 through 77. Copy the total to line 90. | **$0.00** |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** ■ No ☐ Yes | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $0.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **San Francisco Ship Repair, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

<u>Official Form 206D</u>

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

Fill in this information to identify the case:

Debtor name **San Francisco Ship Repair, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>ABATIX<br>PO BOX 671202<br>DALLAS, TX 75267<br><br>Date(s) debt was incurred  12/21/2016<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $521.68 |
| **3.2** Nonpriority creditor's name and mailing address<br>ABATIX<br>PO BOX 671202<br>DALLAS, TX 75267<br><br>Date(s) debt was incurred  12/16/2016<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $72.91 |
| **3.3** Nonpriority creditor's name and mailing address<br>ABATIX<br>PO BOX 671202<br>DALLAS, TX 75267<br><br>Date(s) debt was incurred  12/19/2016<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $43.07 |
| **3.4** Nonpriority creditor's name and mailing address<br>ABATIX CORP<br>PO BOX 671202<br>DALLAS, TX 75267-1202<br><br>Date(s) debt was incurred  4/20/2017<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $12,895.36 |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,795.00 |
|---|---|---|---|
| | **ABS AMERICAS**<br>**5950 6TH AVE S SUITE 204**<br>**SEATTLE, WA 98108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  5/28/2017 | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85,776.00 |
|---|---|---|---|
| | **ACTION CLEANING CORP**<br>**1668 NEWTON AVE**<br>**SAN DIEGO, CA 92113** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2/17/2017 | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,385.00 |
|---|---|---|---|
| | **AD. CHEMICAL TRANSPORT INC.**<br>**1210 ELKO DRIVE**<br>**Sunnyvale, CA 94089** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  10/31/2016 | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,470.00 |
|---|---|---|---|
| | **ADVANCED CHEMICAL**<br>**TRANSPORT INC.**<br>**1210 ELKO DRIVE**<br>**Sunnyvale, CA 94089** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  10/31/2016 | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $132.73 |
|---|---|---|---|
| | **ADVANTEC MANUFACTURING USA**<br>**28336 HUNTER CREEK ROAD**<br>**GOLD BEACH, OR 97444** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  7/20/2017 | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,660.22 |
|---|---|---|---|
| | **AGGREKO LLC**<br>**PO BOX  972562**<br>**DALLAS, TX 75397-2562** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  6/29/2017 | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $976.50 |
|---|---|---|---|
| | **AGGREKO, LLC**<br>**PO BOX 972562**<br>**Dallas, TX 75397** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  6/12/2017 | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Case 18-41350-BDL    Doc 1    Filed 04/17/18    Ent. 04/17/18 16:20:19    Pg. 16 of 111

| | | |
|---|---|---|
| **3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,269.01** |
| | **AIRGAS USA, LLC**<br>**PO BOX 7423**<br>**PASADENA, CA 91109-7423** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  2/27/2017 | **Basis for the claim:** __ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$910.00** |
| | **ALAMEDA COMMERCIAL PROPERTIES**<br>**2900 MAIN ST**<br>**ALAMEDA, CA 94501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  4/4/2017 | **Basis for the claim:** __ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$2,497.13** |
| | **ALAMEDA ELECTRICAL DISTRIBUTOR**<br>**2420 BLANDING AVE**<br>**ALAMEDA, CA 94501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  7/1/2017 | **Basis for the claim:** __ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$378.29** |
| | **ALARMGUARD SECURITY SYSTEMS**<br>**ALARM CENTER, INC**<br>**PO BOX 3407**<br>**LACEY, WA 98509-3407** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  6/21/2017 | **Basis for the claim:** __ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,172.59** |
| | **ALASKAN COPPER & BRASS CO**<br>**PO BOX 749791**<br>**LOS ANGELES, CA 90074-9791** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  8/31/2017 | **Basis for the claim:** __ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$2,933.38** |
| | **ALBANY STEEL, INC**<br>**536 CLEVELAND AVE**<br>**ALBANY, CA 94710-1007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  4/21/2017 | **Basis for the claim:** __ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$4,210.87** |
| | **ALL BAY MILL & LUMBER CO**<br>**405 GREEN ISLAND RD**<br>**AMERICAN CANYON, CA 94503-9649** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  12/14/2016 | **Basis for the claim:** __ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $415.80 |
|---|---|---|---|

**ALLIANCE**
**PO BOX 23804**
**OAKLAND, CA 94623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/30/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,679.40 |
|---|---|---|---|

**ALLIANCE**
**PO BOX 23804**
**OAKLAND, CA 94623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/30/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,636.83 |
|---|---|---|---|

**ALLIANCE**
**PO BOX 23804**
**OAKLAND, CA 94623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/29/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,515.99 |
|---|---|---|---|

**ALLIANCE GAS PRODUCTS**
**DBA ALLIANCE WELDING SUPPLIES**
**PO BOX 23804**
**OAKLAND, CA 94623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/7/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,862.04 |
|---|---|---|---|

**ALLIED BARTON SECURITY SERVICE**
**161 WASHINGTON ST., SUITE 600**
**EIGHT TOWER BRIDGE**
**CONSHOCKEN, PA 19428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/16/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $247.88 |
|---|---|---|---|

**ALLIED ELECTRONICS INC**
**7151 JACK NEWELL BLVD S**
**FORT WORTH, TX 76118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/13/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79,232.91 |
|---|---|---|---|

**ALLIED UNIVERSAL SECURITY SERV**
**161 WASHINGTON STREET**
**SUITE 600**
**CONSHOHOCKEN, PA 19428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/30/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,053.00 |
|---|---|---|---|
| | AMCLYDE<br>240 E PALTO BLVD<br>St PAUL, MN 55107 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  5/19/2017 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,818.43 |
|---|---|---|---|
| | AMERGENT<br>3553 ATLANTIC AVE, STE A158<br>Long BEACH, CA 90807 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  12/21/2016 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,250.00 |
|---|---|---|---|
| | American Arbitration<br>120 Broadway<br>21st Floor<br>New York, NY 10271 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  11/28/2017 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,727.26 |
|---|---|---|---|
| | AMERICAN METAL BEARING CO<br>7191 ACACIA AVE<br>GARDEN GROVE, CA 92841-3907 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  12/21/2016 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $596.76 |
|---|---|---|---|
| | AMERICAN TEXTILE & SUPPLY<br>PO BOX 7000<br>SAN PABLO, CA 94806-7000 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2/23/2017 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,983.43 |
|---|---|---|---|
| | AMERICAN VULKAN CORPORATION<br>2525 DUNDEE ROAD<br>WINTER HAVEN, FL 33884 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  1/24/2017 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $542.99 |
|---|---|---|---|
| | AMEX<br>PO Box 650448<br>Dallas, TX 75265-0448 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  11/1/2016 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,300.00 |
|---|---|---|---|

**AMNAV**
**PO BOX 6578**
**Carol STREAM, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/31/2016**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,300.00 |
|---|---|---|---|

**AMNAV**
**201 BURMA RD**
**Rd OAKLAND, CA 94607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/6/2016**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,600.00 |
|---|---|---|---|

**AmNav Maritime**
**#4945755304**
**201 Burma Road**
**Oakland, CA 94607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/6/2016**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95,450.00 |
|---|---|---|---|

**AMNAV MARITIME CORPORATION**
**201 BURMA ROAD**
**OAKLAND, CA 94607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/31/2016**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,586.00 |
|---|---|---|---|

**ANCHOR QEA, LLC**
**720 OLIVE WAY**
**SUITE 1900**
**SEATTLE, WA 98101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/5/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,426.02 |
|---|---|---|---|

**APPLETON MARINE, INC.**
**3030 E PERSHING ST**
**APPLETON, WI 54911-8671**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/24/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,254.01 |
|---|---|---|---|

**APPLIED INDUSTRIAL TECH**
**P.O. BOX 100538**
**PASADENA, CA 91189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/23/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,568.02 |
|---|---|---|---|

**ARAMARK**
**PO BOX 101179**
**PASADENA, CA 91189**

Date(s) debt was incurred  **10/5/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,138.25 |
|---|---|---|---|

**ARAMARK REFRESHMENT SERVICES**
**41460 CHRISTY ST**
**FREMONT, CA 94538**

Date(s) debt was incurred  **6/16/2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,182.27 |
|---|---|---|---|

**ARC DOCUMENT SOLUTIONS LLC**
**PO BOX 192224**
**SAN FRANCISCO, CA 94119-2224**

Date(s) debt was incurred  **12/22/2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,900.00 |
|---|---|---|---|

**ARCHIE MCFAUL COMPASS ADJUSTER**
**202 REDONDO DRIVE**
**PITTSBURG, CA 94565-5931**

Date(s) debt was incurred  **3/2/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,591.90 |
|---|---|---|---|

**AT&T**
**PO BOX 5025**
**CAROL STREAM, IL 60197-5025**

Date(s) debt was incurred  **6/19/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,321.92 |
|---|---|---|---|

**AVALON LOGO WEAR**
**25182 KERRI LN**
**RAMONA, CA 92065-4741**

Date(s) debt was incurred  **2/5/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $769,000.00 |
|---|---|---|---|

**BAE Systems Ship Repair Inc.**
**Attn: Ian T. Graham**
**1101 Wilson Blvd., Suite 2000**
**Arlington, VA 22209**

Date(s) debt was incurred  **5/28/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $379.00 |
|---|---|---|---|

**BAUER MOYNIHAN**
**2101 FOURTH ST**
**SUITE 2400**
**SEATTLE, WA 98121**

Date(s) debt was incurred  **10/6/2017**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,260.00 |
|---|---|---|---|

**BAY PROPELLER**
**2900 MAIN ST**
**SUITE 2100**
**ALAMEDA, CA 94501-7739**

Date(s) debt was incurred  **1/30/2017**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63.00 |
|---|---|---|---|

**BAY SHRED**
**PO BOX 131681**
**Carlsbad, CA 92013**

Date(s) debt was incurred  **1/2/2017**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,692.29 |
|---|---|---|---|

**BECK ELECTRIC SUPPLY**
**2775 GOODRICK AVE**
**RICHMOND, CA 94801**

Date(s) debt was incurred  **12/23/2016**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $421.35 |
|---|---|---|---|

**BIG DOG CITY CORP**
**2060 NEWCOMB AVE**
**SAN FRANCISCO, CA 94124**

Date(s) debt was incurred  **3/31/2017**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $406.94 |
|---|---|---|---|

**BIG DOG CITY CORPORATION**
**2060 NEWCOMB AVENUE**
**SAN FRANCISCO, CA 94124**

Date(s) debt was incurred  **12/31/2016**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,778.47 |
|---|---|---|---|

**BIRCH EQUIPMENT RENTAL & SALES**
**PO BOX 30918**
**BELLINGHAM, WA 98228**

Date(s) debt was incurred  **7/31/2017**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61.00 |
|---|---|---|---|

**3.54** Nonpriority creditor's name and mailing address

BLACK & DECKER  (U.S.) INC
DEPT CH 14231
PALATINE, IL 60055-4231

Date(s) debt was incurred  1/31/2017

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$61.00**

---

**3.55** Nonpriority creditor's name and mailing address

BOA OLD BAE CHARGES
100 N. Tyron Street
Charlotte, NC 28255

Date(s) debt was incurred  6/13/2016

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$9,630.79**

---

**3.56** Nonpriority creditor's name and mailing address

Boilermaker-Blacksmith
IBB Local #549
754 Minnesota Avenue
Kansas City, KS 66101-2766

Date(s) debt was incurred  5/28/2017

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.57** Nonpriority creditor's name and mailing address

BRADLEY'S PLASTIC BAG CO.
9130 FIRESTONE BLVD
DOWNEY, CA 90241-5319

Date(s) debt was incurred  12/16/2016

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$918.00**

---

**3.58** Nonpriority creditor's name and mailing address

Bridgewell Resources
#0228618001
PO Box 23372
Tigard, OR 97281

Date(s) debt was incurred  3/3/2017

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$12,870.00**

---

**3.59** Nonpriority creditor's name and mailing address

BRUCE S. ROSENBLATT & ASSOC.
2201 BDWY
SUITE 504
OAKLAND, CA 94612-3068

Date(s) debt was incurred  3/8/2017

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$25,791.62**

---

**3.60** Nonpriority creditor's name and mailing address

BUSINESS PRINTING COMPANY, INC
PO BOX 19786
1965 GILLESPIE WAY #103
EL CAJON, CA 92020

Date(s) debt was incurred  2/28/2017

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$785.00**

| | | | |
|---|---|---|---|
| **3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,914.00** |
| | **C-MAP NORWAY AS**<br>**PO BOX 212 4379**<br>**EGERSUND FRANCISCO, NORWAY** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  <u>1/22/2016</u> | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,351.00** |
| | **CALCO FENCE, INC**<br>**4568 CONTRACTORS PL**<br>**LIVERMORE, CA 94551-4805** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  <u>12/22/2016</u> | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$338.77** |
| | **CALIFORNIA SERVICE TOOL, INC**<br>**3875 BAY CENTER PL**<br>**HAYWARD, CA 94545** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  <u>12/21/2016</u> | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$235.66** |
| | **CARPENTER RIGGING & SUPPLY**<br>**222 NAPOLEON STREET**<br>**SAN FRANCISCO, CA 94124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  <u>2/15/2017</u> | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,145.94** |
| | **CARTER LEDYARD & MILBURN LLP**<br>**2 WALL ST**<br>**NEW YORK, NY 10005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  <u>8/8/2017</u> | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.66** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,505.90** |
| | **CASCADE ENGINEERING SERVICES,**<br>**6640 185TH AVE NE**<br>**REDMOND, WA 98052** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  <u>9/29/2017</u> | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.67** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,589.87** |
| | **CASCADE NATURAL GAS**<br>**PO BOX 990065**<br>**BOISE, ID 83799** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  <u>10/5/2017</u> | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $467.75 |
|---|---|---|---|

**CASCADE NATURAL GAS**
PO BOX 990065
BOISE, ID 83799

Date(s) debt was incurred  10/5/2017

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $530.15 |
|---|---|---|---|

**CASCADE NATURAL GAS**
PO BOX 990065
BOISE, ID 83799

Date(s) debt was incurred  10/5/2017

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.76 |
|---|---|---|---|

**CASCADE NATURAL GAS**
PO BOX 990065
BOISE, ID 83799

Date(s) debt was incurred  10/11/2017

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,013.11 |
|---|---|---|---|

**Cascade Natural Gas**
PO Box 5600
Bismark, ND 58506

Date(s) debt was incurred  3/7/2018

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,117.00 |
|---|---|---|---|

**CDTFA (BOE)**
PO Box 942879
450 N Street
Sacramento, CA 94279

Date(s) debt was incurred  2/2/2018

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $549.10 |
|---|---|---|---|

**CENTER HARDWARE COMPANY, INC**
3003 THIRD STREET
SAN FRANCISCO, CA 94107-2500

Date(s) debt was incurred  12/16/2016

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $232.28 |
|---|---|---|---|

**CENTURYLINK**
PO BOX 91155
SEATTLE, WA 98111

Date(s) debt was incurred  10/10/2017

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No   ☐ Yes

---

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,074.50 |
|---|---|---|---|

**CHARTER INDUSTRIAL SUPPLY**
7832 OSTROW ST
SAN DIEGO, CA 92111

Date(s) debt was incurred  12/14/2016

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,521.88 |
|---|---|---|---|

**CINCINNATI INC.**
PO BOX 44719
MADISON, WI 53744-4719

Date(s) debt was incurred  3/3/2017

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $252.17 |
|---|---|---|---|

**CINTAS**
7700 BENT BRANCH DR.
STE 130
Ste IRVING, TX 75063

Date(s) debt was incurred  11/18/2016

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,067.61 |
|---|---|---|---|

**CINTAS CORPORATION**
7700 BENT BRANCH DRIVE
STE 130
IRVING, TX 75063

Date(s) debt was incurred  12/16/2016

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,382.40 |
|---|---|---|---|

**CLEAN HARBORS ENVIRONMENTAL SE**
PO BOX 3442
BOSTON, MA 02241-3442

Date(s) debt was incurred  8/10/2017

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79.79 |
|---|---|---|---|

**CLICK NETWORK**
PO BOX 11625
TACOMA, WA 98411

Date(s) debt was incurred  10/14/2017

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $803,418.00 |
|---|---|---|---|

**Clyde & Co.**
RE: Princess Cruise Lines
101 Second Street
24th Floor
San Francisco, CA 94105

Date(s) debt was incurred  5/28/2017

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,638.81 |
|---|---|---|---|

**COAST CRANE COMPANY**
**DEPT 33655**
**PO BOX 39000**
**SAN FRANCISCO, CA 94139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/26/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,958.34 |
|---|---|---|---|

**COAST MARINE & IND SUPPLY**
**1480 BANCROFT AVENUE**
**SAN FRANCISCO, CA 94124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/9/2016**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.80 |
|---|---|---|---|

**COAST PRODUCTS INC.**
**954 ELLIOT AVE. WEST**
**SEATTLE, WA 98119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/29/2014**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,027.22 |
|---|---|---|---|

**COLUMBIA-SENTINEL ENGINEERS**
**4000 DELRIDGE WAY SW STE 300**
**SEATTLE, WA 98106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/31/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,083.63 |
|---|---|---|---|

**COMPASS WATER SOLUTIONS INC**
**15542 MOSHER AVE**
**TUSTIN, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/17/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,273.05 |
|---|---|---|---|

**CONCENTRA**
**PO BOX 3700**
**Rancho CUCAMONGA, CA 91729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/10/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $399.20 |
|---|---|---|---|

**CONCENTRA**
**PO BOX 3700**
**Rancho CUCAMONGA, CA 91729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/18/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.89 | **Nonpriority creditor's name and mailing address**<br>**CONCENTRA**<br>**PO BOX 3700**<br>**Rancho CUCAMONGA, CA 91729**<br><br>Date(s) debt was incurred __2/1/2017__<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$255.70** |
| 3.90 | **Nonpriority creditor's name and mailing address**<br>**CONCENTRA**<br>**PO BOX 3700**<br>**Rancho CUCAMONGA, CA 91729**<br><br>Date(s) debt was incurred __5/4/2017__<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$45.25** |
| 3.91 | **Nonpriority creditor's name and mailing address**<br>**CONCENTRA**<br>**PO BOX 3700**<br>**RANCHO CUCAMONGA, CA 91729**<br><br>Date(s) debt was incurred __4/17/2017__<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$153.63** |
| 3.92 | **Nonpriority creditor's name and mailing address**<br>**CONTROLLED DEHUMIDIFICATION**<br>**5931 FORD COURT**<br>**BRIGHTON, MI 48116**<br><br>Date(s) debt was incurred __8/10/2017__<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,725.00** |
| 3.93 | **Nonpriority creditor's name and mailing address**<br>**COPY WRIGHTS**<br>**5715 PACIFIC HWY E**<br>**Tacoma, WA 98424**<br><br>Date(s) debt was incurred __8/22/2017__<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$179.82** |
| 3.94 | **Nonpriority creditor's name and mailing address**<br>**CSI PAINT**<br>**257 WALNUT ST**<br>**NAPA, CA 94559**<br><br>Date(s) debt was incurred __3/30/2017__<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$14,309.90** |
| 3.95 | **Nonpriority creditor's name and mailing address**<br>**CT CORPORATION**<br>**PO BOX 4349**<br>**Carol Stream, IL 60197**<br><br>Date(s) debt was incurred __6/16/2017__<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$429.00** |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $439.00 |
|---|---|---|---|

**CT CORPORATION**
**PO BOX 4349**
**Carol Stream, IL 60197**

Date(s) debt was incurred  __6/1/2017__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121,348.00 |
|---|---|---|---|

**CUSTOM SHIP INTERIORS, INC**
**PO BOX 882**
**SOLOMONS, MD 20688**

Date(s) debt was incurred  __2/16/2017__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,344.09 |
|---|---|---|---|

**DESIGN SPACE**
**PO BOX 31001**
**Pasadena, CA 91110**

Date(s) debt was incurred  __8/18/2017__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,344.09 |
|---|---|---|---|

**DESIGN SPACE**
**PO BOX 31001**
**Pasadena, CA 91110**

Date(s) debt was incurred  __7/14/2017__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $754.14 |
|---|---|---|---|

**DESIGN SPACE**
**PO BOX 31001**
**Pasadena, CA 91110**

Date(s) debt was incurred  __7/14/2017__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,767.06 |
|---|---|---|---|

**DESIGN SPACE MODULAR BLDGS**
**2725 FITZGERALD DR.**
**DIXON, CA 95260**

Date(s) debt was incurred  __6/16/2017__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72.47 |
|---|---|---|---|

**DHL**
**16592 COLLECTIONS CENTER DR**
**Chicago, IL 60693**

Date(s) debt was incurred  __1/17/2017__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Case 18-41350-BDL    Doc 1    Filed 04/17/18    Ent. 04/17/18 16:20:19    Pg. 29 of 111

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$202.93** |
|---|---|---|---|

**DIABLO TROPHIES & AWARDS**
**1922 CONTRA COSTA BLVD**
**Pleasant Hill, CA 94523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/6/2016**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$840.64** |
|---|---|---|---|

**DIMENSIONAL SILK SCREEN**
**3750 DALBERGIA ST**
**SAN DIEGO, CA 92113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/30/2016**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$72.74** |
|---|---|---|---|

**DIRECT TV**
**PO BOX 105249**
**ATLANTA, GA 30348-5249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/5/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$268.00** |
|---|---|---|---|

**DISTRIBUTION INTERNATIONAL**
**9000 RAILWOOD DR**
**HOUSTON, TX 77078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/17/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$322.00** |
|---|---|---|---|

**DMV**
**1377 Fell Street**
**SAN FRANCISCO, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/31/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,741.00** |
|---|---|---|---|

**DRS MARINE INC**
**525 CHESTNUT ST**
**VALLEJO, CA 94590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/29/2016**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,973.40** |
|---|---|---|---|

**EDGE INSPECTION GROUP, INC**
**4576 E 2ND ST**
**SUITE C**
**BENICIA, CA 94510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/1/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 18-41350-BDL    Doc 1    Filed 04/17/18    Ent. 04/17/18 16:20:19    Pg. 30 of 111

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,398.75 |
|---|---|---|---|

**ELLIOTT BAY DESIGN GROUP**
**5305 SHILSHOLE AVE NW**
**SUITE 100**
**SEATTLE, WA 98107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/23/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $970.24 |
|---|---|---|---|

**EMERALD SERVICES, INC**
**2600 NORTH CENTRAL EXPRESSWAY**
**SUITE 200**
**RICHARDSON, TX 75080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/15/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,210.27 |
|---|---|---|---|

**Employment Develoment Dept**
**745 Franklin Street**
**Suite 400**
**SAN FRANCISCO, CA 94102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2007**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,958.45 |
|---|---|---|---|

**ENVIRONMENTAL RECOVERY SERVICE**
**13940 LIVE OAK AVE**
**BALDWIN PARK, CA 91706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/27/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $652.18 |
|---|---|---|---|

**ENVIROSERV**
**13940 LIVE OAK AVENUE**
**BALDWIN PARK, CA 91706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/21/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,110.00 |
|---|---|---|---|

**ENVIROSERV**
**13940 LIVE OAK AVENUE**
**BALDWIN PARK, CA 91706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/21/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,955.00 |
|---|---|---|---|

**ENVIROSERV**
**13940 LIVE OAK AVENUE**
**BALDWIN PARK, CA 91706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/21/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $715.00 |
|---|---|---|---|

**ENVIROSERV**
**13940 LIVE OAK AVENUE**
**BALDWIN PARK, CA 91706**

Date(s) debt was incurred **4/21/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $915.63 |
|---|---|---|---|

**ENVIROSERV**
**13940 LIVE OAK AVENUE**
**BALDWIN PARK, CA 91706**

Date(s) debt was incurred **9/23/2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,985.00 |
|---|---|---|---|

**EVOQUA**

Date(s) debt was incurred **1/26/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,935.00 |
|---|---|---|---|

**EVOQUA**
**28563 NETWORK PL**
**Chicago, IL 60673**

Date(s) debt was incurred **1/31/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,889.09 |
|---|---|---|---|

**EVOQUA WATER TECHNOLOGIES LLC**
**2 MILLTOWN CT.**
**UNION, NJ 07083**

Date(s) debt was incurred **2/27/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,285.00 |
|---|---|---|---|

**EXPRESS SUPPLY AND STEEL, LLC**
**PO BOX 189**
**RACELAND, LA 70394-0189**

Date(s) debt was incurred **12/13/2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $237,655.79 |
|---|---|---|---|

**FAIRBANKS MORSE ENGINE**
**7824 COLLECTION CENTER DR**
**CHICAGO, IL 60693**

Date(s) debt was incurred **2/23/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,361.00 |
|---|---|---|---|

**FAIRLEAD INTEGRATED POWER**
**912 VENTURES WAY**
**CHESAPEAKE, VA 23320**

Date(s) debt was incurred  3/24/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,612.70 |
|---|---|---|---|

**FARWEST STEEL CORPORATION**
**PO BOX 1026**
**EUGENE, OR 97440**

Date(s) debt was incurred  7/31/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140,273.65 |
|---|---|---|---|

**FASSMER SERVICES AMERICA, LLC**
**3650 NW 15TH ST**
**LAUDERHILL, FL 33311**

Date(s) debt was incurred  5/16/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $328.39 |
|---|---|---|---|

**FEDEX**
**PO BOX 94515**
**Palatine, IL 60094-4515**

Date(s) debt was incurred  9/19/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73.13 |
|---|---|---|---|

**FEDEX**
**PO BOX 94515**
**PALATINE, IL 60094-4515**

Date(s) debt was incurred  10/20/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,013.63 |
|---|---|---|---|

**FEDEX FREIGHT**
**PO BOX 223125**
**PITTSBURGH, PA 15251-2125**

Date(s) debt was incurred  6/16/2015

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,327.10 |
|---|---|---|---|

**FLEET PRIDE**
**PO BOX 847118**
**DALLAS, TX 75284-7118**

Date(s) debt was incurred  12/14/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $360.00 |
|---|---|---|---|

**FLUKE ELECTRONICS**
**PO BOX 9090**
**EVERETT, WA 98206-9090**

Date(s) debt was incurred  5/27/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112.50 |
|---|---|---|---|

**FOLEY & MANSFIELD**
**250 MARQUETTE AVE**
**SUITE 1200**
**MINNEAPOLIS, MN 55401**

Date(s) debt was incurred  5/24/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |
|---|---|---|---|

**FRANCISCAN OCCUPATIONAL HEALTH**
**PORT CLINIC**
**PO BOX 31001-1553**
**PASADENA, CA 91110**

Date(s) debt was incurred  9/29/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,100.00 |
|---|---|---|---|

**GAHAGAN & BRYANT ASSOC., INC.**
**600 MARTIN AVENUE**
**SUITE 200**
**ROHNERT PARK, CA 94928**

Date(s) debt was incurred  4/27/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,174.00 |
|---|---|---|---|

**GARDCO PAUL N. GARDNER CO.  IN**
**316 NE FIRST STREET**
**POMPANO BEACH, FL 33060**

Date(s) debt was incurred  12/12/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,362.51 |
|---|---|---|---|

**GILLS ELECTRIC**
**2410 WEBSTER ST**
**OAKLAND, CA 94612**

Date(s) debt was incurred  1/30/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,900.00 |
|---|---|---|---|

**GPA VALUATION**
**7522 28TH ST ST WEST**
**UNIVERSITY PLACE, WA 98466**

Date(s) debt was incurred  5/10/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 18-41350-BDL    Doc 1    Filed 04/17/18    Ent. 04/17/18 16:20:19    Pg. 34 of 111

| Debtor | San Francisco Ship Repair, Inc. | Case number (if known) |
|--------|------------------------------------|------------------------|
|        | Name                               |                        |

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,272.22 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-----------|
|       | **GRAINGER** | ☐ Contingent | |
|       | **DEPT. 825105745** | ☐ Unliquidated | |
|       | **PO BOX 419267** | ☐ Disputed | |
|       | **KANSAS CITY, MO 64141-6267** | | |
|       | Date(s) debt was incurred __12/22/2016__ | Basis for the claim: __ | |
|       | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,382.25 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-----------|
|       | **GRANTHAM ENGINEERING** | ☐ Contingent | |
|       | **7807 HILLANDALE DR** | ☐ Unliquidated | |
|       | **SAN DIEGO, CA 92120-1508** | ☐ Disputed | |
|       | Date(s) debt was incurred __2/1/2017__ | Basis for the claim: __ | |
|       | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,462.50 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-----------|
|       | **GREEN MARINE** | ☐ Contingent | |
|       | **111 CENTRAL AVE** | ☐ Unliquidated | |
|       | **Metarie, LA 70001** | ☐ Disputed | |
|       | Date(s) debt was incurred __1/25/2017__ | Basis for the claim: __ | |
|       | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,480.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-----------|
|       | **GRISWOLD INDUSTRIES DBA CLA-VA** | ☐ Contingent | |
|       | **PO BOX 1325** | ☐ Unliquidated | |
|       | **NEWPORT BEACH, CA 92659** | ☐ Disputed | |
|       | Date(s) debt was incurred __2/3/2017__ | Basis for the claim: __ | |
|       | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $352.44 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-----------|
|       | **GUARDIAN SECURITY** | ☐ Contingent | |
|       | **1743 1ST AVE S** | ☐ Unliquidated | |
|       | **SEATTLE, WA 98134** | ☐ Disputed | |
|       | Date(s) debt was incurred __2/22/2018__ | Basis for the claim: __ | |
|       | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,842.50 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-----------|
|       | **HANSON BRIDGETT** | ☐ Contingent | |
|       | **425 MARKET ST** | ☐ Unliquidated | |
|       | **26TH FLOOR** | ☐ Disputed | |
|       | **SAN FRANCISCO, CA 94105** | | |
|       | Date(s) debt was incurred __4/28/2017__ | Basis for the claim: __ | |
|       | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106.80 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-----------|
|       | **HARBOR ISLAND SUPPLY** | ☐ Contingent | |
|       | **230 S CHICAGO ST** | ☐ Unliquidated | |
|       | **SEATTLE, WA 98108** | ☐ Disputed | |
|       | Date(s) debt was incurred __8/31/2017__ | Basis for the claim: __ | |
|       | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,123.50 |
|---|---|---|---|

**HARDWARE SPECIALTY CO INC**
**3419 11TH AVE SW**
**SEATTLE, WA 98134**

Date(s) debt was incurred __12/20/2016__

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.70 |
|---|---|---|---|

**HART HEALTH**
**PO BOX 94044**
**SEATTLE, WA 98124**

Date(s) debt was incurred __12/4/2017__

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,685.00 |
|---|---|---|---|

**HAWKEYE PHOTOGRAPHY**
**PO BOX 449**
**SANTA CLARA, CA 95052**

Date(s) debt was incurred __12/15/2016__

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|

**HEGER DRY DOCK  INC.**
**531 CONCORD ST**
**HOLLISTON, MA 01746**

Date(s) debt was incurred __12/13/2016__

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $590.65 |
|---|---|---|---|

**HELWIG CARBON PRODUCTS, INC**
**8900 W TOWER AVENUE**
**MILWAUKEE, WI 53224**

Date(s) debt was incurred __10/16/2017__

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,338.72 |
|---|---|---|---|

**HOLT OF CALIFORNIA**
**PO BOX 100001**
**SACRAMENTO, CA 95813**

Date(s) debt was incurred __11/15/2016__

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,384.15 |
|---|---|---|---|

**HOLT OF CALIFORNIA**
**PO BOX 100001**
**SACRAMENTO, CA 95813**

Date(s) debt was incurred __1/17/2017__

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $381.59 |

**HOME DEPOT CREDIT CARD SERVICE**
**PO BOX 9001043**
**DEPT 32-2501611390**
**LOUISVILLE, KY 40290-1043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/5/2017**

**Basis for the claim:** _

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,235.00 |

**HUB INTERNATIONAL NORTHWEST**
**PO BOX 749672**
**LOS ANGELES, CA 90074-9672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/23/2018**

**Basis for the claim:** _

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,547.88 |

**HUBBELL ELECTRIC HEATER CO**
**PO BOX 288**
**SRATFORD, CT 06615-0288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/30/2017**

**Basis for the claim:** _

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,053.00 |

**HYDRALIFT AMCLYDE, INC**
**240 EAST PLATO BLVD**
**Saint Paul, MN 55107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/19/2015**

**Basis for the claim:** _

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**IBEW Pacific Coast Pen Fund**
**IBEW Local #6**
**5 Third Street**
**Suite 525**
**SAN FRANCISCO, CA 94103-3216**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/28/2017**

**Basis for the claim:** _

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $205,700.50 |

**IMECO, INC**
**1401 CARPENTER AVE**
**IRON MOUNTAIN, MI 49801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/28/2017**

**Basis for the claim:** _

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,418.23 |

**INDCON**
**LOCKBOX 776046**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/17/2017**

**Basis for the claim:** _

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75.00** |
|---|---|---|---|
| | **INDUSTRIAL CONTAINER SERVICE**<br>**749 GALLERIA BLVD**<br>**Roseville, CA 95678** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  1/25/2016 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$418.42** |
|---|---|---|---|
| | **INDUSTRIAL CONTAINER SERVICE**<br>**749 GALLERIA BLVD**<br>**Roseville, CA 95678** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  4/13/2016 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,729.10** |
|---|---|---|---|
| | **INDUSTRIAL CONTAINER SERVICE**<br>**749 GALLERIA BLVD**<br>**Roseville, CA 95678** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  12/27/2016 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,560.60** |
|---|---|---|---|
| | **INDUSTRIAL CONTAINER SERVICES**<br>**749 GALLERIA BLVD**<br>**Roseville, CA 95678** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2/17/2017 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,418.23** |
|---|---|---|---|
| | **INDUSTRIAL SAFETY SUPPLY CORPO**<br>**PO BOX 8686**<br>**EMERYVILLE, CA 94662** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  10/26/2017 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,173.59** |
|---|---|---|---|
| | **INGENIUM GROUP LLC**<br>**2255 BARHAM DR**<br>**SUITE A**<br>**ESCONDIDO, CA 92029** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2/14/2018 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,103.16** |
|---|---|---|---|
| | **INSTRUMART**<br>**35 Green Mountain Drive**<br>**South Burlington, VT 05403** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  6/16/2017 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Int'l Assoc. of Machinists**
**IAM Local #1414**
**1300 Connecticut Avenue NW**
**Suite 300**
**Washington, DC 20036-1711**

Date(s) debt was incurred __5/28/2017__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $948.58 |
|---|---|---|---|

**INTEGRA**
**PO BOX 2966**
**Milwaukee, WI 53201**

Date(s) debt was incurred __10/8/2017__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Internal Revenue Service**
**PO Box 37940**
**Hartford, CT 06176-7940**

Date(s) debt was incurred __12/31/2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,124.48 |
|---|---|---|---|

**INTERNATIONAL PAINT, LLC**
**PO BOX 847202**
**DALLAS, TX 75284-7202**

Date(s) debt was incurred __12/21/2016__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260.00 |
|---|---|---|---|

**INVERTECH, INC.**
**1404 INDUSTRIAL DRIVE, SUITE 1**
**SALINE, MI 48176**

Date(s) debt was incurred __10/4/2017__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.12 |
|---|---|---|---|

**IRON MOUNTAIN**
**1000 CAMPUS DR**
**Collegeville, PA 19426**

Date(s) debt was incurred __1/31/2017__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,600.00 |
|---|---|---|---|

**JACOBS**
**5161 ELLSWORTH ST**
**Chicago, CA 92110**

Date(s) debt was incurred __3/31/2017__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,780.00 |
|---|---|---|---|

**3.173**

Nonpriority creditor's name and mailing address

**JACOBS CONSULTING**
**5161 ELLSWORTH ST**
**SAN DIEGO, CA 92110**

Date(s) debt was incurred   **3/31/2017**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$3,780.00**

---

**3.174**

Nonpriority creditor's name and mailing address

**JDI ELECTRICAL SERVICES**
**624 COMMERCE CT**
**MANTECA, CA 95336**

Date(s) debt was incurred   **4/25/2017**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$11,989.00**

---

**3.175**

Nonpriority creditor's name and mailing address

**JEPPESEN INC.**
**225 W Santa Clara St**
**Suite 1600**
**San Jose, CA 95113-1752**

Date(s) debt was incurred   **1/22/2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$4,914.00**

---

**3.176**

Nonpriority creditor's name and mailing address

**JOHNSTONE SUPPLY**
**2100 Dabney Rd**
**Richmond, VA 23230**

Date(s) debt was incurred   **3/2/2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$14.75**

---

**3.177**

Nonpriority creditor's name and mailing address

**JOTUN PAINTS, INC.**
**9203 HIGHWAY 23**
**BELLE CHASSE, LA 70037**

Date(s) debt was incurred   **11/17/2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$51,903.35**

---

**3.178**

Nonpriority creditor's name and mailing address

**KAMAN INDUSTRIAL TECHNOLOGIES**
**FILE 25356**
**LOS ANGELES, CA 90074-5356**

Date(s) debt was incurred   **7/28/2017**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$70.49**

---

**3.179**

Nonpriority creditor's name and mailing address

**KERN OIL FILTER RECYCLING, LLC**
**2355 RD**
**SUITE 192**
**DELANO, CA 93215**

Date(s) debt was incurred   **5/18/2017**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$30,500.00**

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $196.35 |
|---|---|---|---|
| | KLEEN BLAST<br>A DIVISION OF CANAM MINERALS<br>50 OAK COURT SUITE 210<br>DANVILLE, CA 94526 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 8/24/2017 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,641.89 |
|---|---|---|---|
| | KLEEN BLAST ABRASIVES<br>50 OAK COURT, STE 210<br>Ste DANVILLE, CA 94526 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 1/23/2015 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,100.00 |
|---|---|---|---|
| | KOFFLER ELECTRICAL MECHANICAL<br>527 WHITNEY ST<br>SAN LEANDRO, CA 94577 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 4/28/2017 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,270.26 |
|---|---|---|---|
| | KONICA MINOLTA<br>21719 NETWORK PL<br>CHICAGO, IL 60673-1217 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 12/21/2016 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,920.00 |
|---|---|---|---|
| | Law Office of Benjamin Kelly<br>Re: Volt Services Corp<br>9218 Roosevelt Way NE<br>SEATTLE, WA 98115 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 2/19/2017 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $875.00 |
|---|---|---|---|
| | LLOYDS REGISTER QUALITY ASSURA<br>PO BOX 301030<br>DALLAS, TX 75303-1030 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 6/27/2017 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,753.00 |
|---|---|---|---|
| | MACKAY COMMUNICATIONS INC<br>PO BOX 60925<br>CHARLOTTE, NC 28260 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 5/22/2017 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $372,473.78 |
|---|---|---|---|
| | **MAN DIESEL**<br>**1600A BRITTMOORE RD**<br>**Houston, TX 77043** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  1/27/2017 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,852.21 |
|---|---|---|---|
| | **MARCO**<br>**3425 EAST LOCUST ST**<br>**DAVENPORT, IA 52803** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  1/16/2017 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Marine Carpenters Pension Fund**<br>**Un. Brotherhood of Carp. Local**<br>**PO Box 2510**<br>**San Ramon, CA 94583** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  5/28/2017 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,965.50 |
|---|---|---|---|
| | **MARINE EXPRESS  INC.**<br>**2102 KELLEY CT.**<br>**PITTSBURG, CA 94565** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  4/6/2017 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $836.00 |
|---|---|---|---|
| | **MARK MORRIS ASSOCIATES**<br>**907 7TH AVE NORTH**<br>**EDMONDS, WA 98020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  1/10/2017 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51.70 |
|---|---|---|---|
| | **MATHESON TRI-GAS INC**<br>**DEPT LA 23793**<br>**Pasadena, CA 91185** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  1/31/2017 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $997.83 |
|---|---|---|---|
| | **MATHESON TRI-GAS INC**<br>**DEPT 3028 PO BOX 123028**<br>**Dallas, TX 75312** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  1/31/2017 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$51.70** |

**MATHESON TRI-GAS INC**
**DEPT LA 23793**
**Pasadena, CA 91185**

Date(s) debt was incurred  12/31/2016

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$17,693.04** |

**MATTHEWS MECHANICAL**
**33480 WESTERN AVE**
**UNION CITY, CA 94587**

Date(s) debt was incurred  2/28/2017

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$290.00** |

**MCCAMPBELL ANALYTICAL, INC**
**1534 WILLOW PASS ROAD**
**Pittsburg, CA 94565**

Date(s) debt was incurred  1/18/2017

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$756.00** |

**MCCAMPBELL ANALYTICAL, INC**
**1534 WILLOW PASS ROAD**
**Pittsburg, CA 94565**

Date(s) debt was incurred  1/17/2017

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$571.00** |

**MCCAMPBELL ANALYTICAL, INC**
**1534 WILLOW PASS ROAD**
**Pittsburg, CA 94565**

Date(s) debt was incurred  1/10/2017

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$350.00** |

**MCCAMPBELL ANALYTICAL, INC**
**1534 WILLOW PASS ROAD**
**Pittsburg, CA 94565**

Date(s) debt was incurred  1/9/2017

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$372.00** |

**MCCAMPBELL ANALYTICAL, INC.**
**1534 WILLOW PASS ROAD**
**Pittsburg, CA 94565**

Date(s) debt was incurred  1/30/2017

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,296.00** |
|---|---|---|---|
| | **MCCAMPBELL ANALYTICAL, INC.**<br>**1534 WILLOW PASS ROAD**<br>**Pittsburg, CA 94565** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **1/27/2017** | Basis for the claim: _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$72.00** |
|---|---|---|---|
| | **MCCAMPBELL ANALYTICAL, INC.**<br>**1534 WILLOW PASS ROAD**<br>**Pittsburg, CA 94565** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **1/27/2017** | Basis for the claim: _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$320.00** |
|---|---|---|---|
| | **MEDI**<br>**4814 E 2ND ST**<br>**BENICIA, CA 94510** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **10/24/2016** | Basis for the claim: _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$320.00** |
|---|---|---|---|
| | **MEDICAL ELECTRONIC DEVICES**<br>**4814 EAST SECOND ST**<br>**BENICIA, CA 94510** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **10/24/2016** | Basis for the claim: _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,984.12** |
|---|---|---|---|
| | **MISSION JANITORIAL & ABRASIVE**<br>**9292 ACTIVITY RD**<br>**SAN DIEGO, CA 92126-4425** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **12/13/2016** | Basis for the claim: _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,478.26** |
|---|---|---|---|
| | **MOBILE MODULAR MGMT CORP. MCGR**<br>**PO BOX 45043**<br>**SAN FRANCISCO, CA 94145-0043** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **6/30/2017** | Basis for the claim: _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$113.90** |
|---|---|---|---|
| | **MOBILE MODULAR Portable Strg.**<br>**5700 LAS POSITAS ROAD**<br>**Livermore, CA 94551** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **1/11/2017** | Basis for the claim: _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**MONKEYBRAINS**
**286 12TH ST**
**SAN FRANCISCO, CA 94103**

Date(s) debt was incurred  2/24/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81.56 |
|---|---|---|---|

**MOORE MEDICAL**
**PO BOX 99718**
**CHICAGO, IL 60696**

Date(s) debt was incurred  9/22/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $379,087.43 |
|---|---|---|---|

**MOTOR-SERVICES HUGO STAMP**
**3190 SW 4TH AVE**
**FT LAUDERDALE, FL 33315**

Date(s) debt was incurred  3/6/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,430.00 |
|---|---|---|---|

**MYRIAD INDUSTRIES**
**3454 E STREET**
**San Diego, CA 92102**

Date(s) debt was incurred  2/1/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,368.00 |
|---|---|---|---|

**MYRIAD INDUSTRIES**
**3454 E STREET**
**San Diego, CA 92102**

Date(s) debt was incurred  2/9/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,938.00 |
|---|---|---|---|

**MYRIAD INDUSTRIES**
**3454 E STREET**
**San Diego, CA 92102**

Date(s) debt was incurred  2/22/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $948.82 |
|---|---|---|---|

**NELSON FASTENER SYSTEM**
**7900 W RIDGE RD.**
**PO BOX 4019**
**ELYRIA, OH 44036**

Date(s) debt was incurred  9/29/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,614.10** |
|---|---|---|---|

**NEW PIG CORPORATION**
**ONE PORK AVE**
**TIPTON, PA 16684-0304**

Date(s) debt was incurred  **4/13/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,683.10** |
|---|---|---|---|

**NORTH AMERICAN CRANE BUREAU**
**930 WILLISTON PARK POINT**
**LAKE MARY, FL 32746**

Date(s) debt was incurred  **9/28/2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,057.76** |
|---|---|---|---|

**OCCUPATIONAL HEALTH CENTERS**
**PO BOX 3700**
**RANCHO CUCAMONGA, CA 91729**

Date(s) debt was incurred  **3/30/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,551.84** |
|---|---|---|---|

**OFFICE DEPOT**
**PO BOX 6403**
**SIOUX FALLS, SD 57117**

Date(s) debt was incurred  **2016/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$295.74** |
|---|---|---|---|

**OFFICE DEPOT**
**PO BOX 6403**
**SIOUX FALLS, SD 57117**

Date(s) debt was incurred  **10/17/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$879.84** |
|---|---|---|---|

**OFFICE TEAM**
**PO BOX 743295**
**LOS ANGELES, CA 90074-3294**

Date(s) debt was incurred  **3/6/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$457.50** |
|---|---|---|---|

**OIL RE-REFINING COMPANY, INC**
**4150 N SUTTLE RD**
**PORTLAND, OR 97217**

Date(s) debt was incurred  **2/9/2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $356.31 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**ONECALL**
**PO BOX 206821**
**DALLAS, TX 75320**

Date(s) debt was incurred  12/23/2017

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Operating Engineers Trust Fund**
**OE Local #3**
**100 Corson Street**
**Suite 100**
**Pasadena, CA 91103**

Date(s) debt was incurred  5/28/2017

Last 4 digits of account number __

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Pac Coast Shipyards Pen. Fund**
**Sheet Metal Workers Local #104**
**PO Box 2510**
**San Ramon, CA 94583**

Date(s) debt was incurred  5/28/2017

Last 4 digits of account number __

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Pac Coast Shipyards Pen. Fund**
**Painters Local #1176**
**PO Box 2510**
**San Ramon, CA 94583**

Date(s) debt was incurred  5/28/2017

Last 4 digits of account number __

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Pac Coast Shipyards Pen. Fund**
**Laborer's Local #886**
**PO Box 2510**
**San Ramon, CA 94583**

Date(s) debt was incurred  5/28/2017

Last 4 digits of account number __

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Pac Coast Shipyards Pen. Fund**
**UA Local #38**
**PO Box 2510**
**San Ramon, CA 94583**

Date(s) debt was incurred  5/28/2017

Last 4 digits of account number __

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $187.47 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**PACIFIC OFFICE AUTOMATION**
**PO BOX 41602**
**PHILADELPHIA, PA 19101-1602**

Date(s) debt was incurred  10/7/2017

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,921.26** |
| | **PACIFIC RADAR** | ☐ Contingent | |
| | **12310 HIGHWAY 99, SUITE 132** | ☐ Unliquidated | |
| | **EVERETT, WA 98204-7556** | ☐ Disputed | |
| | Date(s) debt was incurred **9/18/2017** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,355.63** |
| | **PARK PRESIDIO** | ☐ Contingent | |
| | **1300 A 25TH ST** | ☐ Unliquidated | |
| | **San Francisco, CA 94107** | ☐ Disputed | |
| | Date(s) debt was incurred **4/28/2017** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$304.48** |
| | **Patenaude & Felix, Law offices** | ☐ Contingent | |
| | **19401 40th Avenue West Ste 280** | ☐ Unliquidated | |
| | **Lynnwood, WA 98036** | ☐ Disputed | |
| | Date(s) debt was incurred **2/26/2018** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$368.47** |
| | **PCS** | ☐ Contingent | |
| | **PO BOX 80455** | ☐ Unliquidated | |
| | **Las VEGAS, NV 89180** | ☐ Disputed | |
| | Date(s) debt was incurred **2/1/2017** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$726.02** |
| | **PDM** | ☐ Contingent | |
| | **PO BOX 740965** | ☐ Unliquidated | |
| | **LOS ANGELES, CA 90074** | ☐ Disputed | |
| | Date(s) debt was incurred **12/31/2016** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,811.40** |
| | **PHILIPS, ERLEWINE, GIVEN & CAR** | ☐ Contingent | |
| | **39 MESA STREET, SUITE 201** | ☐ Unliquidated | |
| | **THE PRESIDIO** | ☐ Disputed | |
| | **SAN FRANCISCO, CA 94129** | | |
| | Date(s) debt was incurred **11/15/2017** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$479.26** |
| | **PITNEY BOWES** | ☐ Contingent | |
| | **PO BOX 371887** | ☐ Unliquidated | |
| | **Pittsburgh, PA 15250** | ☐ Disputed | |
| | Date(s) debt was incurred **12/12/2016** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,060.70 |
| --- | --- | --- | --- |
| | POGOZONE INTERNET SERVICES<br>PO BOX 974<br>LYNDEN, WA 98264 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 10/15/2017 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $742,887.40 |
| --- | --- | --- | --- |
| | PORT OF SAN FRANCISCO<br>PO BOX 7862<br>SAN FRANCISCO, CA 94120-7862 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 8/1/2017 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,760.40 |
| --- | --- | --- | --- |
| | PRAXAIR DISTRIBUTION INC.<br>PO BOX 120812<br>DEPT 0812<br>DALLAS, TX 75312 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 8/22/2017 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803,418.00 |
| --- | --- | --- | --- |
| | Princess Cruise Lines, Ltd<br>24305 Town Center Drive<br>Santa Clarita, CA 91355 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 5/28/2017 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,990.00 |
| --- | --- | --- | --- |
| | PROEST SOFTWARE, INC<br>17065 CAMINO SAN BERNARDO<br>SUITE 150<br>SAN DIEGO, CA 92127 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 10/23/2017 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $230.00 |
| --- | --- | --- | --- |
| | PUMP TECH<br>12020 SE 32ND STREET<br>SUITE 2<br>BELLEVUE, WA 98005 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 1/19/2018 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $572.38 |
| --- | --- | --- | --- |
| | QUILL.COM<br>PO BOX 37600<br>PHILADELPHIA, PA 19101-0600 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 9/26/2017 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,822.40 |
|---|---|---|---|
| | R. STAHL, INC<br>13259 N PROMENADE BLVD<br>STAFFORD, TX 77477 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2/22/2017 | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,822.39 |
|---|---|---|---|
| | R. STAHL, INC<br>13259 N PROMENADE BLVD<br>STAFFORD, TX 77477 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  5/1/2017 | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|
| | RAINIER COLLECTION SERVICES<br>PO Box 3622<br>Bellevue, WA 98009 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  1/15/2018 | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|
| | RAINIER ENVIRONMENTAL LAB<br>5013 PACIFIC HWY<br>SUITE 20<br>FIFE, WA 98424 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  10/24/2017 | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,517.29 |
|---|---|---|---|
| | RAPID PREP LLC - WA<br>44 CROSS PARK AVE<br>NORTH KINGSTON, RI 02852 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  9/7/2017 | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,198.63 |
|---|---|---|---|
| | RAYMOND HANDLING CONCEPTS<br>41400 BOYCE ROAD<br>FREMONT, CA 94538 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  6/23/2017 | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,159.74 |
|---|---|---|---|
| | READY REFRESH<br>PO BOX 856158<br>Louisville, KY 40285 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  8/22/2017 | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **San Francisco Ship Repair, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,159.74** |
|---|---|---|---|
| | **READY REFRESH**<br>**PO BOX 856158**<br>**Louisville, KY 40285** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **7/22/2017** | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,159.74** |
|---|---|---|---|
| | **READY REFRESH**<br>**PO BOX 856158**<br>**Louisville, KY 40285** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **6/22/2017** | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,159.74** |
|---|---|---|---|
| | **READY REFRESH**<br>**PO BOX 856158**<br>**Louisville, KY 40285** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **5/22/2017** | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,159.74** |
|---|---|---|---|
| | **READY REFRESH**<br>**PO BOX 856158**<br>**Louisville, KY 40285** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **4/22/2017** | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$409.32** |
|---|---|---|---|
| | **Ready Refresh**<br>**PO Box 856158**<br>**Louisville, KY 40285-6158** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **11/22/2016** | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$636.72** |
|---|---|---|---|
| | **Ready Refresh**<br>**PO Box 856158**<br>**Louisville, KY 40285-6158** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **12/22/2016** | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,432.62** |
|---|---|---|---|
| | **READY REFRESH**<br>**PO BOX 856158**<br>**LOUISVILLE, KY 40285-6158** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2/24/2017** | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32,205.00** |
|---|---|---|---|

**RECOLOGY SUNSET SCAVENGER**
**RECOLOGY GOLDEN GATE**
**250 EXECUTIVE PARK, SUITE 2100**
**SAN FRANCISCO, CA 94134-3306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/31/2017

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,853.60** |
|---|---|---|---|

**RELIANCE METAL CENTER**
**PO BOX 748591**
**LOS ANGELES, CA 90074-8554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/15/2016

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,746.00** |
|---|---|---|---|

**RELIANT WATER MANAGEMENT**
**1001 BAYHILL DR**
**2ND FLOOR**
**SAN BRUNO, CA 94066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/23/2017

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$572.00** |
|---|---|---|---|

**S.D. MEYERS, LLC**
**180 SOUTH AVE**
**TALLMADGE, OH 44278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/31/2017

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$707.80** |
|---|---|---|---|

**SAFE-ENTRY TECHNICAL, INC**
**9300 SANTA ANITA AVE**
**SUITE 105**
**RANCHO CUCAMONGA, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/16/2016

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$831.41** |
|---|---|---|---|

**SAFETY-KLEEN**
**PO BOX 7170**
**PASADENA, CA 91109-7170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/17/2017

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,900.00** |
|---|---|---|---|

**SAFWAY**
**1660 GILBRETH RD**
**Burlingame, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/6/2017

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$103,896.41** |
|---|---|---|---|

**SAFWAY SERVICES, LLC**
**1660 GILBRETH RD**
**BURLINGAME, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/27/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45,000.00** |
|---|---|---|---|

**San Francisco Tax Collector**
**1 Dr Carlton B Goodlett Pl**
**Room 140**
**City Hall**
**SAN FRANCISCO, CA 94102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/28/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,947.82** |
|---|---|---|---|

**San Francisco Tax Collector**
**1 Dr Carlton B Goodlett Pl**
**Room 140**
**City Hall**
**SAN FRANCISCO, CA 94102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/21/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,169.08** |
|---|---|---|---|

**San Francisco Tax Collector**
**1 Dr Carlton B Goodlett Pl**
**Room 140**
**City Hall**
**SAN FRANCISCO, CA 94102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/11/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$254,249.41** |
|---|---|---|---|

**SAN FRANCISCO WATER POWER SEWE**
**ATTN: CSB, RETAIL ELECTRIC**
**525 GOLDEN GATE AVE, 3RD FLOOR**
**SAN FRANCISCO, CA 94102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/24/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,500.00** |
|---|---|---|---|

**SCHRADER & SON, LLC**
**2170 C COMMERCE AVE**
**CONCORD, CA 94520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/20/2016

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$686.87** |
|---|---|---|---|

**SEACOAST ELECTRIC CO.**
**PO BOX 98059**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/3/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Name

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,920.20 |
|---|---|---|---|

**SF BAR PILOTS**
**PIER 9 EAST END**
**SAN FRANCISCO, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   1/6/2017

Basis for the claim: _____

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $244,456.06 |
|---|---|---|---|

**SF Public Utilities Commissio**
**#60DRG60D-01**
**1390 Market Street, 7th Floor**
**SAN FRANCISCO, CA 94102-5408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   5/24/2017

Basis for the claim: _____

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.15 |
|---|---|---|---|

**SGS HERGUTH LABORATORIES, INC.**
**PO BOX 2502**
**CAROL STREAM, IL 60132-2502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   2/17/2017

Basis for the claim: _____

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,450.00 |
|---|---|---|---|

**SIMPLEX AMERICAS LLC**
**20 BARTLES CORNER ROAD**
**FLEMINGTON, NJ 08822-5717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   1/24/2017

Basis for the claim: _____

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,834.77 |
|---|---|---|---|

**SMITH FIRE SYSTEMS INC**
**1106 54TH AVE E**
**TACOMA, WA 98424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   3/15/2018

Basis for the claim: _____

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $672.94 |
|---|---|---|---|

**SOLID WASTE MANAGEMENT**
**3510 SOUTH MULLEN ST**
**Tacoma, WA 98409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   9/30/2017

Basis for the claim: _____

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,184.56 |
|---|---|---|---|

**SPERRY MARINE  A UNIT OF NORTH**
**1865 INDUSTRIAL BLVD**
**NORTHROP GRUMMAN SPERRY MARINE**
**HARVEY, LA 70058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   6/22/2017

Basis for the claim: _____

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,903.09 |
|---|---|---|---|

**SPRINT**
PO BOX 219100
KANSAS CITY, MO 64121-9100

Date(s) debt was incurred  10/14/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $166.65 |
|---|---|---|---|

**STELLAR INDUSTRIAL SUPPLY**
711 E 11TH STREET
TACOMA, WA 98421

Date(s) debt was incurred  9/25/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $707.50 |
|---|---|---|---|

**STREICH BROTHERS, INC.**
1650 MARINE VIEW DRIVE
TACOMA, WA 98422

Date(s) debt was incurred  8/31/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $668.43 |
|---|---|---|---|

**STUD WELDING PRODUCTS**
PO BOX 68887
SEATTLE, WA 98168

Date(s) debt was incurred  12/16/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $360.00 |
|---|---|---|---|

**SUMMIT LAW GROUP PLLC**
315 FIFTH AVENUE SOUTH
SUITE 1000
SEATTLE, WA 98104-2682

Date(s) debt was incurred  3/21/2018

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $405.59 |
|---|---|---|---|

**TECH-1 AUTOMOTIVE**
1460 ILLINOIS STREET
SAN FRANCISCO, CA 94107

Date(s) debt was incurred  12/6/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $226.25 |
|---|---|---|---|

**TECH-1 AUTOMOTIVE**
1460 ILLINOIS STREET
SAN FRANCISCO, CA 94107

Date(s) debt was incurred  12/6/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $217.50 |
|---|---|---|---|

**TECH-1 AUTOMOTIVE**
**1460 ILLINOIS STREET**
**SAN FRANCISCO, CA 94107**

Date(s) debt was incurred  **12/6/2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $353.32 |
|---|---|---|---|

**TECH-1 AUTOMOTIVE**
**1460 ILLINOIS STREET**
**SAN FRANCISCO, CA 94107**

Date(s) debt was incurred  **12/6/2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**TECH-1 AUTOMOTIVE**
**1460 ILLINOIS STREET**
**SAN FRANCISCO, CA 94107**

Date(s) debt was incurred  **12/6/2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,170.62 |
|---|---|---|---|

**TECHCOLLECTIVE COOPERATIVE**
**101 CALIFORNIA ST.**
**SUITE 2710**
**SAN FRANCISCO, CA 94111**

Date(s) debt was incurred  **6/20/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $266.14 |
|---|---|---|---|

**THEBUYINGNETWORK.COM**
**420 SO 96TH STREET, SUITE 3**
**SEATTLE, WA 98108**

Date(s) debt was incurred  **3/14/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $918.69 |
|---|---|---|---|

**THRESHOLD DOCUMENTS**
**810 N STATE STREET**
**BELLINGHAM, WA 98225**

Date(s) debt was incurred  **6/29/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,180.28 |
|---|---|---|---|

**TORCH & REGULATOR REPAIR CO.**
**2526 TACOMA AVE S**
**TACOMA, WA 98402**

Date(s) debt was incurred  **7/17/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | San Francisco Ship Repair, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,440.55 |
|---|---|---|---|
| | **TORK SYSTEMS**<br>**3330 EVERGREEN AVE**<br>**JACKSONVILLE, FL 32206** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __9/22/2017__ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,776.00 |
|---|---|---|---|
| | **TRADESMEN INTERNATIONAL, LLC**<br>**910 SW Spokane Street**<br>**Seattle, WA 98134** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __5/8/2017__ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|
| | **TRUTINA FINANCIAL**<br>**10811 MAIN ST**<br>**BELLEVUE, WA 98004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __6/30/2017__ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.59 |
|---|---|---|---|
| | **ULINE**<br>**PO BOX 88741**<br>**CHICAGO, IL 60680-1741** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __10/4/2017__ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,094.42 |
|---|---|---|---|
| | **UNIFIRST**<br>**1025 N LEVEE ROAD**<br>**PUYALLUP, WA 98371** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __10/4/2017__ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130,090.48 |
|---|---|---|---|
| | **UNITED RENTALS**<br>**123 LOOMIS ST**<br>**SAN FRANCISCO, CA 94124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2/6/2017__ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,063.89 |
|---|---|---|---|
| | **UNITED SITE SERVICES**<br>**PO BOX 53267**<br>**PHOENIX, AZ 85072** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __1/12/2017__ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,365.00 |
|---|---|---|---|
| | **United Site Svc of CA, Inc**<br>PO Box 53267<br>Phoenix, AZ 85072-3267 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __12/31/2016__ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $223.65 |
|---|---|---|---|
| | **United Site Svc of CA, Inc**<br>PO Box 53267<br>Phoenix, AZ 85072-3267 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __12/29/2016__ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $353.75 |
|---|---|---|---|
| | **United Site Svc of CA, Inc**<br>PO Box 53267<br>Phoenix, AZ 85072-3267 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __12/16/2016__ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $278.03 |
|---|---|---|---|
| | **United Site Svc of CA, Inc**<br>PO Box 53267<br>Phoenix, AZ 85072-3267 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __11/30/2016__ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.71 |
|---|---|---|---|
| | **United Site Svc of CA, Inc**<br>PO Box 53267<br>Phoenix, AZ 85072-3267 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __11/30/2016__ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $353.75 |
|---|---|---|---|
| | **United Site Svc of CA, Inc**<br>PO Box 53267<br>Phoenix, AZ 85072-3267 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __11/18/2016__ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $704.79 |
|---|---|---|---|
| | **United Site Svc of CA, Inc**<br>PO Box 53267<br>Phoenix, AZ 85072-3267 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __10/31/2016__ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $353.75 |
|---|---|---|---|

**United Site Svc of CA, Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred **9/22/2016**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,872.79 |
|---|---|---|---|

**United Site Svc of CA, Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred **8/26/2016**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $333.75 |
|---|---|---|---|

**United Site Svc of CA, Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred **8/25/2016**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $625.29 |
|---|---|---|---|

**United Site Svc of CA, Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred **8/6/2016**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,324.13 |
|---|---|---|---|

**United Site Svc of CA, Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred **7/31/2016**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $333.75 |
|---|---|---|---|

**United Site Svc of CA, Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred **7/28/2016**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,999.38 |
|---|---|---|---|

**United Site Svc of CA, Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred **4/30/2016**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $489.75 |
|---|---|---|---|

**United Site Svc of CA, Inc**
**PO Box 53267**
**Phoenix, AZ 85072-3267**

Date(s) debt was incurred  **4/30/2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $544.13 |
|---|---|---|---|

**United Site Svc of CA, Inc**
**PO Box 53267**
**Phoenix, AZ 85072-3267**

Date(s) debt was incurred  **3/25/2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,470.32 |
|---|---|---|---|

**United Site Svc of CA, Inc**
**PO Box 53267**
**Phoenix, AZ 85072-3267**

Date(s) debt was incurred  **3/17/2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $883.50 |
|---|---|---|---|

**United Site Svc of CA, Inc**
**PO Box 53267**
**Phoenix, AZ 85072-3267**

Date(s) debt was incurred  **3/17/2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,132.82 |
|---|---|---|---|

**United Site Svc of CA, Inc**
**PO Box 53267**
**Phoenix, AZ 85072-3267**

Date(s) debt was incurred  **3/15/2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $232.78 |
|---|---|---|---|

**United Site Svc of CA, Inc**
**PO Box 53267**
**Phoenix, AZ 85072-3267**

Date(s) debt was incurred  **2/25/2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $944.88 |
|---|---|---|---|

**United Site Svc of CA, Inc**
**PO Box 53267**
**Phoenix, AZ 85072-3267**

Date(s) debt was incurred  **2/23/2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **San Francisco Ship Repair, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,557.32** |
|---|---|---|---|
| | **United Site Svc of CA, Inc**<br>**PO Box 53267**<br>**Phoenix, AZ 85072-3267** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2/17/2016** | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$496.13** |
|---|---|---|---|
| | **United Site Svc of CA, Inc**<br>**PO Box 53267**<br>**Phoenix, AZ 85072-3267** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2/15/2016** | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,132.82** |
|---|---|---|---|
| | **United Site Svc of CA, Inc**<br>**PO Box 53267**<br>**Phoenix, AZ 85072-3267** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2/15/2016** | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$658.56** |
|---|---|---|---|
| | **United Site Svc of CA, Inc**<br>**PO Box 53267**<br>**Phoenix, AZ 85072-3267** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **1/26/2016** | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,560.63** |
|---|---|---|---|
| | **United Site Svc of CA, Inc**<br>**PO Box 53267**<br>**Phoenix, AZ 85072-3267** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **1/25/2016** | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$301.75** |
|---|---|---|---|
| | **United Site Svc of CA, Inc**<br>**PO Box 53267**<br>**Phoenix, AZ 85072-3267** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **12/23/2015** | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$409.38** |
|---|---|---|---|
| | **United Site Svc of CA, Inc**<br>**PO Box 53267**<br>**Phoenix, AZ 85072-3267** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **11/30/2015** | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,132.82 |
|-------|--|--|--|
| | **United Site Svc of CA, Inc**<br>PO Box 53267<br>Phoenix, AZ 85072-3267 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  10/31/2015 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,187.19 |
|-------|--|--|--|
| | **United Site Svc of CA, Inc**<br>PO Box 53267<br>Phoenix, AZ 85072-3267 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  10/7/2015 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $271.57 |
|-------|--|--|--|
| | **United Site Svc of CA, Inc**<br>PO Box 53267<br>Phoenix, AZ 85072-3267 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  9/23/2015 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,506.25 |
|-------|--|--|--|
| | **United Site Svc of CA, Inc**<br>PO Box 53267<br>Phoenix, AZ 85072-3267 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  9/11/2015 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,759.38 |
|-------|--|--|--|
| | **United Site Svc of CA, Inc**<br>PO Box 53267<br>Phoenix, AZ 85072-3267 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  8/13/2015 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $524.30 |
|-------|--|--|--|
| | **United Site Svc of CA, Inc**<br>PO Box 53267<br>Phoenix, AZ 85072-3267 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  7/20/2015 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80,636.00 |
|-------|--|--|--|
| | **UNITED WESTERN SUPPLY**<br>5245 E MARGINAL WAY<br>SEATTLE, WA 98134 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  1/5/2018 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $323.96 |
|---|---|---|---|

**UPS**
PO BOX 361595
COLUMBUS, OH 43236

Date(s) debt was incurred  **5/19/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $274.79 |
|---|---|---|---|

**UPS**
PO BOX 894820
LOS ANGELES, CA 90189

Date(s) debt was incurred  **9/23/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,065.00 |
|---|---|---|---|

**USE W&O SUPPLY**
PO BOX 933067
ATLANTA, GA 31193-3067

Date(s) debt was incurred  **12/27/2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $705.94 |
|---|---|---|---|

**Utd Site Services of CA, Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred  **1/31/2015**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,895.37 |
|---|---|---|---|

**VALLEY OIL COMPANY**
PO BOX 1655
MOUNTAIN VIEW, CA 94042

Date(s) debt was incurred  **4/21/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,065.00 |
|---|---|---|---|

**VALVE AUTOMATION & CONTROLS**
PO BOX 933067
ATLANTA, GA 98680-0848

Date(s) debt was incurred  **12/27/2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,281.05 |
|---|---|---|---|

**VERIZON WIRELESS**
PO BOX 660108
DALLAS, TX 75266-0108

Date(s) debt was incurred  **9/21/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,680.00** |

**VOLT**
2401 N. Glassell Street
Los ANGELES, CA 90074

Date(s) debt was incurred **2/19/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,680.00** |

**VOLT**
2401 N. Glassell Street
Los ANGELES, CA 90074

Date(s) debt was incurred **2/12/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,680.00** |

**VOLT**
2401 N. Glassell Street
Orange, CA 92865

Date(s) debt was incurred **1/29/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,744.00** |

**VOLT MANAGEMENT CORP**
PO BOX 679307
DALLAS, TX 75267-9307

Date(s) debt was incurred **2/12/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,193.75** |

**W&O SUPPLY**
PO BOX 933067
ATLANTA, GA 31193

Date(s) debt was incurred **8/4/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$64,025.00** |

**WALASHEK INDUSTRIAL AND MARINE**
6410 S 143RD ST
TUKWILA, WA 98168

Date(s) debt was incurred **2/21/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$410,101.73** |

**WARTSILA DEFENSE, INC**
3617 KOPPENS WAY
CHESAPEAKE, VA 23323

Date(s) debt was incurred **2/28/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,867.00 |
|---|---|---|---|

**WATER WEIGHTS**
**470 SATELLITE BLVD STE K**
**PO BOX 2286**
**SUWANEE, GA 30024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/19/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,574.00 |
|---|---|---|---|

**WCR INCORPORATED**
**2377 COMMERCE CENTER BLVD.**
**SUITE B**
**FAIRBURN, OH 95324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/10/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,542.59 |
|---|---|---|---|

**WEST COAST MARINE CHEMISTS INC**
**PO BOX 2562**
**ALAMEDA, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/31/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,950.37 |
|---|---|---|---|

**WEST COAST WIRE ROPE & RIGGING**
**2900 NW 29TH AVE**
**PORTLAND, OR 97210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/21/2016

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,589.00 |
|---|---|---|---|

**West Conf. of Teamsters Pen.**
**Teamsters Local #2785**
**1000 Marina Blvd**
**Suite 400**
**Brisbane, CA 94005-1841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/28/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,245.12 |
|---|---|---|---|

**WEST MARINE PRO**
**PO BOX 50060**
**Watsonville, CA 95077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/29/2016

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,225.00 |
|---|---|---|---|

**WESTAR MARINE SERVICES**
**PO BOX 78100**
**SAN FRANCISCO, CA 94107-9991**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/2/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,914.04 |
|---|---|---|---|

**WESTERN PACIFIC CRANE**
**19602 60TH AVE NE**
**ARLINGTON, WA 98223**

Date(s) debt was incurred  **7/13/2017**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,600.00 |
|---|---|---|---|

**WILSON WALTON INT'L  INC.**
**3349 ROUTE 138**
**BLDG C, SUITE E**
**WALL, NJ 07719**

Date(s) debt was incurred  **11/17/2016**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,567.15 |
|---|---|---|---|

**WILSON WALTON INT'L, INC**
**3349 ROUTE 138, BLDG C, STE E**
**E WALL, NJ 07719**

Date(s) debt was incurred  **11/29/2016**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,670.00 |
|---|---|---|---|

**WILSON WALTON INT'L, INC**
**3349 ROUTE 138, BLDG C**
**E WALL, NJ 07719**

Date(s) debt was incurred  **11/19/2016**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,200.56 |
|---|---|---|---|

**WOOD'S LOGGING SUPPLY**
**PO BOX K**
**LONGVIEW, WA 98632**

Date(s) debt was incurred  **10/5/2017**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $391.68 |
|---|---|---|---|

**WORLD ENV & ENERGY**
**PO BOX 256**
**W SACRAMENTO, CA 95691**

Date(s) debt was incurred  **8/25/2016**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $391.68 |
|---|---|---|---|

**World Enviro & Energy, Inc**
**PO Box 256**
**West Sacramento, CA 95691**

Date(s) debt was incurred  **8/25/2016**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **San Francisco Ship Repair, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$61,382.50** |
|---|---|---|---|

**WORLDWIDE DIESEL POWER INC.**
**732 PARKER ST**
**JACKSONVILLE, FL 32202**

Date(s) debt was incurred  8/24/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$119.70** |
|---|---|---|---|

**XPOLOGISTICS**
**PO BOX 5160**
**PORTLAND, OR 97208**

Date(s) debt was incurred  10/11/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$151.33** |
|---|---|---|---|

**XPOLOGISTICS**
**PO BOX 5160**
**PORTLAND, OR 97208**

Date(s) debt was incurred  12/21/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$956.67** |
|---|---|---|---|

**XPOLOGISTICS**
**PO BOX 5160**
**PORTLAND, OR 97208**

Date(s) debt was incurred  6/24/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$365.30** |
|---|---|---|---|

**XPOLOGISTICS**
**PO BOX 5160**
**PORTLAND, OR 97208**

Date(s) debt was incurred  4/29/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$406.53** |
|---|---|---|---|

**ZORO TOOLS**
**909 ASBURY DRIVE**
**BUFFALO GROVE, IL 60089**

Date(s) debt was incurred  8/4/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | Total of claim amounts | |
|---|---|---|

| Debtor | San Francisco Ship Repair, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **5a. Total claims from Part 1** | | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | | 5b. + | $ 8,031,829.53 |
| **5c. Total of Parts 1 and 2** | | | |
| Lines 5a + 5b = 5c. | | 5c. | $ 8,031,829.53 |

Debtor name     **San Francisco Ship Repair, Inc.**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest | **The Debtor leases a shipyard from the Port of San Fransisco. The Debtor ceased operations in May 2017 which put Debtor in default on the lease. It is not clear at this time if the lease has been terminated.** |
| State the term remaining | |
| List the contract number of any government contract _____ | **Port of San Francisco<br>PO Box 7862<br>San Francisco, CA 94120** |

Fill in this information to identify the case:

Debtor name    **San Francisco Ship Repair, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____  City   State   Zip Code | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.2 | _____ | Street _____  City   State   Zip Code | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.3 | _____ | Street _____  City   State   Zip Code | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.4 | _____ | Street _____  City   State   Zip Code | _____ | ☐ D  ☐ E/F  ☐ G |

Fill in this information to identify the case:

Debtor name **San Francisco Ship Repair, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF WASHINGTON**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:** Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:** From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
| **For year before that:** From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$64,808,949.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- | --- |
| 7.1. | Frederick Judice vs BAE Systems San Francisco Ship Repair Inc., CGC16555608 | Civil | San Francisco County Superior Court 400 McAllister Street San Francisco, CA 94102 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | Frankie Antoine vs BAE Systems, Inc, et al. 17CV02231SBA | Civil | US District Court - Northern District CA 450 Golden Gate Avenue San Francisco, CA 94102 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | Puglia Engineering, Inc., v. BAE Systems Ship Repair Inc.; BAE Systems San Francisco Ship Repair Inc.; BAE Systems, Inc.; City and County of San Francisco CGC-17-557087 | Civil | Superior Court of State of CA 400 McAllister Street San Francisco, CA 94102 | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. Payments related to bankruptcy
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. Self-settled trusts of which the debtor is a beneficiary
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. Transfers not already listed on this statement
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Puglia Engineering, Inc. 201 Harris Ave Bellingham, WA 98225 | Puglia Engineering, Inc., purchased the debtor's stock effective January 1, 2017. After this transaction, the debtor transferrred approximately $3,000,000 in cash and $750,000 in accounts receivable to Puglia. Puglia, in turn, paid the debtor's payroll and many of its accounts payable. The exact amount of payments that Puglia made on behalf of the debtor is not currently known. | January, 2017 | $3,750,000.00 |
| | Relationship to debtor Parent | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ■ No Go to Part 10.
    ☐ Yes. Fill in below:

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| City Storage of San Fransisco<br>500 Indiana Street<br>San Francisco, CA 94107 | None | Employee files | ■ No<br>☐ Yes |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Scott Hendrickson<br>CFO of Puglia Engineering, Inc.<br>201 Harris Ave<br>Bellingham, WA 98225** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Puglia Engineering Inc.<br>201 Harris Ave<br>Bellingham, WA 98225** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Name and address

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Puglia Engineering Inc.** | **201 Harris Avenue Bellingham, WA 98225** | **Equity Interest Holder** | **100** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Neil Turney** | | **President** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **BAE Systems** | **EIN:    22-3537950** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| **Boilermaker-Blacksmith National Pension Trust; Marine Carpenters Pension Fund; IBEW Pacific Coast Pension Fund; Pacific Coast Shipyards Pension Fund; I.A.M. Natonal Pension Fund; Operating Engineers Trust Fund for California; Western Conference of Teamsters Pension Trust Fund** | **EIN:** |

---

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __April 17, 2018_____

__/s/ Neil Turney_____      __Neil Turney_____
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    __President_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Washington

In re    **San Francisco Ship Repair, Inc.**        Case No. _____

                                        Debtor(s)        Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 0.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 0.00 |

2.    $ __**1,717.00**__ of the filing fee has been paid.

3.    The source of the compensation paid to me was:

     ☐ Debtor      ■ Other (specify):      **Filing fee paid by Puglia Engineering California Inc.**

4.    The source of compensation to be paid to me is:

     ☐ Debtor      ■ Other (specify):      **Puglia Engineering, Inc.**

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     b.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     c.   [Other provisions as needed]
         **Moving for consolidation with Puglia Engineering Inc./ Moving for Approval of Settlement Agreement.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 17, 2018**                        **/s/ Steven J Reilly WSBA**
*Date*                                     **Steven J Reilly WSBA #44306**
                                        *Signature of Attorney*
                                        **The Tracy Law Group PLLC**
                                        **720 Olive Way #1000**
                                        **Seattle, WA 98101**
                                        **206-624-9894  Fax: 206-624-8598**
                                        *Name of law firm*

# United States Bankruptcy Court
## Western District of Washington

In re    **San Francisco Ship Repair, Inc.**         Case No. _____

                          Debtor(s)        Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Puglia Engineering Inc.**<br>**201 Harris Ave**<br>**Bellingham, WA 98225** | | **98,848** | **Shares** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **April 17, 2018**                       Signature   **/s/ Neil Turney**

                                                             **Neil Turney**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Washington

In re    **San Francisco Ship Repair, Inc.**                                Case No. _____

                                       Debtor(s)           Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **April 17, 2018** _____        **/s/ Neil Turney** _____

                                                      **Neil Turney/President**

                                                      Signer/Title

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                       Best Case Bankruptcy

```
ABATIX
PO BOX 671202
DALLAS, TX 75267


ABATIX CORP
PO BOX 671202
DALLAS, TX 75267-1202


ABS AMERICAS
5950 6TH AVE S SUITE 204
SEATTLE, WA 98108


ACTION CLEANING CORP
1668 NEWTON AVE
SAN DIEGO, CA 92113


AD. CHEMICAL TRANSPORT INC.
1210 ELKO DRIVE
SUNNYVALE, CA 94089


ADVANCED CHEMICAL
TRANSPORT INC.
1210 ELKO DRIVE
SUNNYVALE, CA 94089


ADVANTEC MANUFACTURING USA
28336 HUNTER CREEK ROAD
GOLD BEACH, OR 97444


AGGREKO LLC
PO BOX 972562
DALLAS, TX 75397-2562


AGGREKO, LLC
PO BOX 972562
DALLAS, TX 75397


AIRGAS USA, LLC
PO BOX 7423
PASADENA, CA 91109-7423


ALAMEDA COMMERCIAL PROPERTIES
2900 MAIN ST
ALAMEDA, CA 94501
```

ALAMEDA ELECTRICAL DISTRIBUTOR
2420 BLANDING AVE
ALAMEDA, CA 94501


ALARMGUARD SECURITY SYSTEMS
ALARM CENTER, INC
PO BOX 3407
LACEY, WA 98509-3407


ALASKAN COPPER & BRASS CO
PO BOX 749791
LOS ANGELES, CA 90074-9791


ALBANY STEEL, INC
536 CLEVELAND AVE
ALBANY, CA 94710-1007


ALL BAY MILL & LUMBER CO
405 GREEN ISLAND RD
AMERICAN CANYON, CA 94503-9649


ALLIANCE
PO BOX 23804
OAKLAND, CA 94623


ALLIANCE GAS PRODUCTS
DBA ALLIANCE WELDING SUPPLIES
PO BOX 23804
OAKLAND, CA 94623


ALLIED BARTON SECURITY SERVICE
161 WASHINGTON ST., SUITE 600
EIGHT TOWER BRIDGE
CONSHOCKEN, PA 19428


ALLIED ELECTRONICS INC
7151 JACK NEWELL BLVD S
FORT WORTH, TX 76118


ALLIED UNIVERSAL SECURITY SERV
161 WASHINGTON STREET
SUITE 600
CONSHOHOCKEN, PA 19428

```
AMCLYDE
240 E PALTO BLVD
ST PAUL, MN 55107


AMERGENT
3553 ATLANTIC AVE, STE A158
LONG BEACH, CA 90807


AMERICAN ARBITRATION
120 BROADWAY
21ST FLOOR
NEW YORK, NY 10271


AMERICAN METAL BEARING CO
7191 ACACIA AVE
GARDEN GROVE, CA 92841-3907


AMERICAN TEXTILE & SUPPLY
PO BOX 7000
SAN PABLO, CA 94806-7000


AMERICAN VULKAN CORPORATION
2525 DUNDEE ROAD
WINTER HAVEN, FL 33884


AMEX
PO BOX 650448
DALLAS, TX 75265-0448


AMNAV
PO BOX 6578
CAROL STREAM, IL 60197


AMNAV
201 BURMA RD
RD OAKLAND, CA 94607


AMNAV MARITIME
#4945755304
201 BURMA ROAD
OAKLAND, CA 94607


AMNAV MARITIME CORPORATION
201 BURMA ROAD
OAKLAND, CA 94607
```

ANCHOR QEA, LLC
720 OLIVE WAY
SUITE 1900
SEATTLE, WA 98101


APPLETON MARINE, INC.
3030 E PERSHING ST
APPLETON, WI 54911-8671


APPLIED INDUSTRIAL TECH
P.O. BOX 100538
PASADENA, CA 91189


ARAMARK
PO BOX 101179
PASADENA, CA 91189


ARAMARK REFRESHMENT SERVICES
41460 CHRISTY ST
FREMONT, CA 94538


ARC DOCUMENT SOLUTIONS LLC
PO BOX 192224
SAN FRANCISCO, CA 94119-2224


ARCHIE MCFAUL COMPASS ADJUSTER
202 REDONDO DRIVE
PITTSBURG, CA 94565-5931


AT&T
PO BOX 5025
CAROL STREAM, IL 60197-5025


AVALON LOGO WEAR
25182 KERRI LN
RAMONA, CA 92065-4741


BAE SYSTEMS SHIP REPAIR INC.
ATTN: IAN T. GRAHAM
1101 WILSON BLVD., SUITE 2000
ARLINGTON, VA 22209

```
BAUER MOYNIHAN
2101 FOURTH ST
SUITE 2400
SEATTLE, WA 98121


BAY PROPELLER
2900 MAIN ST
SUITE 2100
ALAMEDA, CA 94501-7739


BAY SHRED
PO BOX 131681
CARLSBAD, CA 92013


BECK ELECTRIC SUPPLY
2775 GOODRICK AVE
RICHMOND, CA 94801


BIG DOG CITY CORP
2060 NEWCOMB AVE
SAN FRANCISCO, CA 94124


BIG DOG CITY CORPORATION
2060 NEWCOMB AVENUE
SAN FRANCISCO, CA 94124


BIRCH EQUIPMENT RENTAL & SALES
PO BOX 30918
BELLINGHAM, WA 98228


BLACK & DECKER  (U.S.) INC
DEPT CH 14231
PALATINE, IL 60055-4231


BOA OLD BAE CHARGES
100 N. TYRON STREET
CHARLOTTE, NC 28255


BOILERMAKER-BLACKSMITH
IBB LOCAL #549
754 MINNESOTA AVENUE
KANSAS CITY, KS 66101-2766
```

BRADLEY'S PLASTIC BAG CO.
9130 FIRESTONE BLVD
DOWNEY, CA 90241-5319


BRIDGEWELL RESOURCES
#0228618001
PO BOX 23372
TIGARD, OR 97281


BRUCE S. ROSENBLATT & ASSOC.
2201 BDWY
SUITE 504
OAKLAND, CA 94612-3068


BUSINESS PRINTING COMPANY, INC
PO BOX 19786
1965 GILLESPIE WAY #103
EL CAJON, CA 92020


C-MAP NORWAY AS
PO BOX 212 4379
EGERSUND FRANCISCO, NORWAY


CALCO FENCE, INC
4568 CONTRACTORS PL
LIVERMORE, CA 94551-4805


CALIFORNIA SERVICE TOOL, INC
3875 BAY CENTER PL
HAYWARD, CA 94545


CARPENTER RIGGING & SUPPLY
222 NAPOLEON STREET
SAN FRANCISCO, CA 94124


CARTER LEDYARD & MILBURN LLP
2 WALL ST
NEW YORK, NY 10005


CASCADE ENGINEERING SERVICES,
6640 185TH AVE NE
REDMOND, WA 98052

CASCADE NATURAL GAS
PO BOX 990065
BOISE, ID 83799


CASCADE NATURAL GAS
PO BOX 5600
BISMARK, ND 58506


CDTFA (BOE)
PO BOX 942879
450 N STREET
SACREMENTO, CA 94279


CENTER HARDWARE COMPANY, INC
3003 THIRD STREET
SAN FRANCISCO, CA 94107-2500


CENTURYLINK
PO BOX 91155
SEATTLE, WA 98111


CHARTER INDUSTRIAL SUPPLY
7832 OSTROW ST
SAN DIEGO, CA 92111


CINCINNATI INC.
PO BOX 44719
MADISON, WI 53744-4719


CINTAS
7700 BENT BRANCH DR.
STE 130
STE IRVING, TX 75063


CINTAS CORPORATION
7700 BENT BRANCH DRIVE
STE 130
IRVING, TX 75063


CLEAN HARBORS ENVIRONMENTAL SE
PO BOX 3442
BOSTON, MA 02241-3442

CLICK NETWORK
PO BOX 11625
TACOMA, WA 98411


CLYDE & CO.
RE: PRINCESS CRUISE LINES
101 SECOND STREET
24TH FLOOR
SAN FRANCISCO, CA 94105


COAST CRANE COMPANY
DEPT 33655
PO BOX 39000
SAN FRANCISCO, CA 94139


COAST MARINE & IND SUPPLY
1480 BANCROFT AVENUE
SAN FRANCISCO, CA 94124


COAST PRODUCTS INC.
954 ELLIOT AVE. WEST
SEATTLE, WA 98119


COLUMBIA-SENTINEL ENGINEERS
4000 DELDRIDGE WAY SW STE 300
SEATTLE, WA 98106


COMPASS WATER SOLUTIONS INC
15542 MOSHER AVE
TUSTIN, CA 92780


CONCENTRA
PO BOX 3700
RANCHO CUCAMONGA, CA 91729


CONTROLLED DEHUMIDIFICATION
5931 FORD COURT
BRIGHTON, MI 48116


COPY WRIGHTS
5715 PACIFIC HWY E
TACOMA, WA 98424

CSI PAINT
257 WALNUT ST
NAPA, CA 94559


CT CORPORATION
PO BOX 4349
CAROL STREAM, IL 60197


CUSTOM SHIP INTERIORS, INC
PO BOX 882
SOLOMONS, MD 20688


DESIGN SPACE
PO BOX 31001
PASADENA, CA 91110


DESIGN SPACE MODULAR BLDGS
2725 FITZGERALD DR.
DIXON, CA 95260


DHL
16592 COLLECTIONS CENTER DR
CHICAGO, IL 60693


DIABLO TROPHIES & AWARDS
1922 CONTRA COSTA BLVD
PLEASANT HILL, CA 94523


DIMENSIONAL SILK SCREEN
3750 DALBERGIA ST
SAN DIEGO, CA 92113


DIRECT TV
PO BOX 105249
ATLANTA, GA 30348-5249


DISTRIBUTION INTERNATIONAL
9000 RAILWOOD DR
HOUSTON, TX 77078


DMV
1377 FELL STREET
SAN FRANCISCO, CA 94117

```
DRS MARINE INC
525 CHESTNUT ST
VALLEJO, CA 94590


EDGE INSPECTION GROUP, INC
4576 E 2ND ST
SUITE C
BENICIA, CA 94510


ELLIOTT BAY DESIGN GROUP
5305 SHILSHOLE AVE NW
SUITE 100
SEATTLE, WA 98107


EMERALD SERVICES, INC
2600 NORTH CENTRAL EXPRESSWAY
SUITE 200
RICHARDSON, TX 75080


EMPLOYMENT DEVELOPENT DEPT
745 FRANKLIN STREET
SUITE 400
SAN FRANCISCO, CA 94102


ENVIRONMENTAL RECOVERY SERVICE
13940 LIVE OAK AVE
BALDWIN PARK, CA 91706


ENVIROSERV
13940 LIVE OAK AVENUE
BALDWIN PARK, CA 91706


EVOQUA


EVOQUA
28563 NETWORK PL
CHICAGO, IL 60673


EVOQUA WATER TECHNOLOGIES LLC
2 MILLTOWN CT.
UNION, NJ 07083
```

EXPRESS SUPPLY AND STEEL, LLC
PO BOX 189
RACELAND, LA 70394-0189


FAIRBANKS MORSE ENGINE
7824 COLLECTION CENTER DR
CHICAGO, IL 60693


FAIRLEAD INTEGRATED POWER
912 VENTURES WAY
CHESAPEAKE, VA 23320


FARWEST STEEL CORPORATION
PO BOX 1026
EUGENE, OR 97440


FASSMER SERVICES AMERICA, LLC
3650 NW 15TH ST
LAUDERHILL, FL 33311


FEDEX
PO BOX 94515
PALATINE, IL 60094-4515


FEDEX FREIGHT
PO BOX 223125
PITTSBURGH, PA 15251-2125


FLEET PRIDE
PO BOX 847118
DALLAS, TX 75284-7118


FLUKE ELECTRONICS
PO BOX 9090
EVERETT, WA 98206-9090


FOLEY & MANSFIELD
250 MARQUETTE AVE
SUITE 1200
MINNEAPOLIS, MN 55401


FRANCISCAN OCCUPATIONAL HEALTH
PORT CLINIC
PO BOX 31001-1553
PASADENA, CA 91110

GAHAGAN & BRYANT ASSOC., INC.
600 MARTIN AVENUE
SUITE 200
ROHNERT PARK, CA 94928


GARDCO PAUL N. GARDNER CO.  IN
316 NE FIRST STREET
POMPANO BEACH, FL 33060


GILLS ELECTRIC
2410 WEBSTER ST
OAKLAND, CA 94612


GPA VALUATION
7522 28TH ST ST WEST
UNIVERSITY PLACE, WA 98466


GRAINGER
DEPT. 825105745
PO BOX 419267
KANSAS CITY, MO 64141-6267


GRANTHAM ENGINEERING
7807 HILLANDALE DR
SAN DIEGO, CA 92120-1508


GREEN MARINE
111 CENTRAL AVE
METARIE, LA 70001


GRISWOLD INDUSTRIES DBA CLA-VA
PO BOX 1325
NEWPORT BEACH, CA 92659


GUARDIAN SECURITY
1743 1ST AVE S
SEATTLE, WA 98134


HANSON BRIDGETT
425 MARKET ST
26TH FLOOR
SAN FRANCISCO, CA 94105

HARBOR ISLAND SUPPLY
230 S CHICAGO ST
SEATTLE, WA 98108


HARDWARE SPECIALTY CO INC
3419 11TH AVE SW
SEATTLE, WA 98134


HART HEALTH
PO BOX 94044
SEATTLE, WA 98124


HAWKEYE PHOTOGRAPHY
PO BOX 449
SANTA CLARA, CA 95052


HEGER DRY DOCK  INC.
531 CONCORD ST
HOLLISTON, MA 01746


HELWIG CARBON PRODUCTS, INC
8900 W TOWER AVENUE
MILWAUKEE, WI 53224


HOLT OF CALIFORNIA
PO BOX 100001
SACRAMENTO, CA 95813


HOME DEPOT CREDIT CARD SERVICE
PO BOX 9001043
DEPT 32-2501611390
LOUISVILLE, KY 40290-1043


HUB INTERNATIONAL NORTHWEST
PO BOX 749672
LOS ANGELES, CA 90074-9672


HUBBELL ELECTRIC HEATER CO
PO BOX 288
SRATFORD, CT 06615-0288


HYDRALIFT AMCLYDE, INC
240 EAST PLATO BLVD
SAINT PAUL, MN 55107

IBEW PACIFIC COAST PEN FUND
IBEW LOCAL #6
5 THIRD STREET
SUITE 525
SAN FRANCISCO, CA 94103-3216


IMECO, INC
1401 CARPENTER AVE
IRON MOUNTAIN, MI 49801


INDCON
LOCKBOX 776046
CHICAGO, IL 60677


INDUSTRIAL CONTAINER SERVICE
749 GALLERIA BLVD
ROSEVILLE, CA 95678


INDUSTRIAL CONTAINER SERVICES
749 GALLERIA BLVD
ROSEVILLE, CA 95678


INDUSTRIAL SAFETY SUPPLY CORPO
PO BOX 8686
EMERYVILLE, CA 94662


INGENIUM GROUP LLC
2255 BARHAM DR
SUITE A
ESCONDIDO, CA 92029


INSTRUMART
35 GREEN MOUNTAIN DRIVE
SOUTH BURLINGTON, VT 05403


INT'L ASSOC. OF MACHINISTS
IAM LOCAL #1414
1300 CONNECTICUT AVENUE NW
SUITE 300
WASHINGTON, DC 20036-1711


INTEGRA
PO BOX 2966
MILWAUKEE, WI 53201

INTERNAL REVENUE SERVICE
PO BOX 37940
HARTFORD, CT 06176-7940


INTERNATIONAL PAINT, LLC
PO BOX 847202
DALLAS, TX 75284-7202


INVERTECH, INC.
1404 INDUSTRIAL DRIVE, SUITE 1
SALINE, MI 48176


IRON MOUNTAIN
1000 CAMPUS DR
COLLEGEVILLE, PA 19426


JACOBS
5161 ELLSWORTH ST
CHICAGO, CA 92110


JACOBS CONSULTING
5161 ELLSWORTH ST
SAN DIEGO, CA 92110


JDI ELECTRICAL SERVICES
624 COMMERCE CT
MANTECA, CA 95336


JEPPESEN INC.
225 W SANTA CLARA ST
SUITE 1600
SAN JOSE, CA 95113-1752


JOHNSTONE SUPPLY
2100 DABNEY RD
RICHMOND, VA 23230


JOTUN PAINTS, INC.
9203 HIGHWAY 23
BELLE CHASSE, LA 70037


KAMAN INDUSTRIAL TECHNOLOGIES
FILE 25356
LOS ANGELES, CA 90074-5356

KERN OIL FILTER RECYCLING, LLC
2355 RD
SUITE 192
DELANO, CA 93215


KLEEN BLAST
A DIVISION OF CANAM MINERALS
50 OAK COURT SUITE 210
DANVILLE, CA 94526


KLEEN BLAST ABRASIVES
50 OAK COURT, STE 210
STE DANVILLE, CA 94526


KOFFLER ELECTRICAL MECHANICAL
527 WHITNEY ST
SAN LEANDRO, CA 94577


KONICA MINOLTA
21719 NETWORK PL
CHICAGO, IL 60673-1217


LAW OFFICE OF BENJAMIN KELLY
RE: VOLT SERVICES CORP
9218 ROOSEVELT WAY NE
SEATTLE, WA 98115


LLOYDS REGISTER QUALITY ASSURA
PO BOX 301030
DALLAS, TX 75303-1030


MACKAY COMMUNICATIONS INC
PO BOX 60925
CHARLOTTE, NC 28260


MAN DIESEL
1600A BRITTMOORE RD
HOUSTON, TX 77043


MARCO
3425 EAST LOCUST ST
DAVENPORT, IA 52803

```
MARINE CARPENTERS PENSION FUND
UN. BROTHERHOOD OF CARP. LOCAL
PO BOX 2510
SAN RAMON, CA 94583


MARINE EXPRESS  INC.
2102 KELLEY CT.
PITTSBURG, CA 94565


MARK MORRIS ASSOCIATES
907 7TH AVE NORTH
EDMONDS, WA 98020


MATHESON TRI-GAS INC
DEPT LA 23793
PASADENA, CA 91185


MATHESON TRI-GAS INC
DEPT 3028 PO BOX 123028
DALLAS, TX 75312


MATTHEWS MECHANICAL
33480 WESTERN AVE
UNION CITY, CA 94587


MCCAMPBELL ANALYTICAL, INC
1534 WILLOW PASS ROAD
PITTSBURG, CA 94565


MCCAMPBELL ANALYTICAL, INC.
1534 WILLOW PASS ROAD
PITTSBURG, CA 94565


MEDI
4814 E 2ND ST
BENICIA, CA 94510


MEDICAL ELECTRONIC DEVICES
4814 EAST SECOND ST
BENICIA, CA 94510


MISSION JANITORIAL & ABRASIVE
9292 ACTIVITY RD
SAN DIEGO, CA 92126-4425
```

MOBILE MODULAR MGMT CORP. MCGR
PO BOX 45043
SAN FRANCISCO, CA 94145-0043


MOBILE MODULAR PORTABLE STRG.
5700 LAS POSITAS ROAD
LIVERMORE, CA 94551


MONKEYBRAINS
286 12TH ST
SAN FRANCISCO, CA 94103


MOORE MEDICAL
PO BOX 99718
CHICAGO, IL 60696


MOTOR-SERVICES HUGO STAMP
3190 SW 4TH AVE
FT LAUDERDALE, FL 33315


MYRIAD INDUSTRIES
3454 E STREET
SAN DIEGO, CA 92102


NELSON FASTENER SYSTEM
7900 W RIDGE RD.
PO BOX 4019
ELYRIA, OH 44036


NEW PIG CORPORATION
ONE PORK AVE
TIPTON, PA 16684-0304


NORTH AMERICAN CRANE BUREAU
930 WILLISTON PARK POINT
LAKE MARY, FL 32746


OCCUPATIONAL HEALTH CENTERS
PO BOX 3700
RANCHO CUCAMONGA, CA 91729


OFFICE DEPOT
PO BOX 6403
SIOUX FALLS, SD 57117

OFFICE TEAM
PO BOX 743295
LOS ANGELES, CA 90074-3294


OIL RE-REFINING COMPANY, INC
4150 N SUTTLE RD
PORTLAND, OR 97217


ONECALL
PO BOX 206821
DALLAS, TX 75320


OPERATING ENGINEERS TRUST FUND
OE LOCAL #3
100 CORSON STREET
SUITE 100
PASADENA, CA 91103


PAC COAST SHIPYARDS PEN. FUND
SHEET METAL WORKERS LOCAL #104
PO BOX 2510
SAN RAMON, CA 94583


PAC COAST SHIPYARDS PEN. FUND
PAINTERS LOCAL #1176
PO BOX 2510
SAN RAMON, CA 94583


PAC COAST SHIPYARDS PEN. FUND
LABORER'S LOCAL #886
PO BOX 2510
SAN RAMON, CA 94583


PAC COAST SHIPYARDS PEN. FUND
UA LOCAL #38
PO BOX 2510
SAN RAMON, CA 94583


PACIFIC OFFICE AUTOMATION
PO BOX 41602
PHILADELPHIA, PA 19101-1602


PACIFIC RADAR
12310 HIGHWAY 99, SUITE 132
EVERETT, WA 98204-7556

PARK PRESIDIO
1300 A 25TH ST
SAN FRANCISCO, CA 94107


PATENAUDE & FELIX, LAW OFFICES
19401 40TH AVENUE WEST STE 280
LYNNWOOD, WA 98036


PCS
PO BOX 80455
LAS VEGAS, NV 89180


PDM
PO BOX 740965
LOS ANGELES, CA 90074


PHILIPS, ERLEWINE, GIVEN & CAR
39 MESA STREET, SUITE 201
THE PRESIDIO
SAN FRANCISCO, CA 94129


PITNEY BOWES
PO BOX 371887
PITTSBURGH, PA 15250


POGOZONE INTERNET SERVICES
PO BOX 974
LYNDEN, WA 98264


PORT OF SAN FRANCISCO
PO BOX 7862
SAN FRANCISCO, CA 94120-7862


PORT OF SAN FRANCISCO
PO BOX 7862
SAN FRANCISCO, CA 94120


PRAXAIR DISTRIBUTION INC.
PO BOX 120812
DEPT 0812
DALLAS, TX 75312


PRINCESS CRUISE LINES, LTD
24305 TOWN CENTER DRIVE
SANTA CLARITA, CA 91355

PROEST SOFTWARE, INC
17065 CAMINO SAN BERNARDO
SUITE 150
SAN DIEGO, CA 92127


PUMP TECH
12020 SE 32ND STREET
SUITE 2
BELLEVUE, WA 98005


QUILL.COM
PO BOX 37600
PHILADELPHIA, PA 19101-0600


R. STAHL, INC
13259 N PROMENADE BLVD
STAFFORD, TX 77477


RAINIER COLLECTION SERVICES
PO BOX 3622
BELLEVUE, WA 98009


RAINIER ENVIRONMENTAL LAB
5013 PACIFIC HWY
SUITE 20
FIFE, WA 98424


RAPID PREP LLC - WA
44 CROSS PARK AVE
NORTH KINGSTON, RI 02852


RAYMOND HANDLING CONCEPTS
41400 BOYCE ROAD
FREMONT, CA 94538


READY REFRESH
PO BOX 856158
LOUISVILLE, KY 40285


READY REFRESH
PO BOX 856158
LOUISVILLE, KY 40285-6158

RECOLOGY SUNSET SCAVENGER
RECOLOGY GOLDEN GATE
250 EXECUTIVE PARK, SUITE 2100
SAN FRANCISCO, CA 94134-3306


RELIANCE METAL CENTER
PO BOX 748591
LOS ANGELES, CA 90074-8554


RELIANT WATER MANAGEMENT
1001 BAYHILL DR
2ND FLOOR
SAN BRUNO, CA 94066


S.D. MEYERS, LLC
180 SOUTH AVE
TALLMADGE, OH 44278


SAFE-ENTRY TECHNICAL, INC
9300 SANTA ANITA AVE
SUITE 105
RANCHO CUCAMONGA, CA 91730


SAFETY-KLEEN
PO BOX 7170
PASADENA, CA 91109-7170


SAFWAY
1660 GILBRETH RD
BURLINGAME, CA 94010


SAFWAY SERVICES, LLC
1660 GILBRETH RD
BURLINGAME, CA 94010


SAN FRANCISCO TAX COLLECTOR
1 DR CARLTON B GOODLETT PL
ROOM 140
CITY HALL
SAN FRANCISCO, CA 94102


SAN FRANCISCO WATER POWER SEWE
ATTN: CSB, RETAIL ELECTRIC
525 GOLDEN GATE AVE, 3RD FLOOR
SAN FRANCISCO, CA 94102

SCHRADER & SON, LLC
2170 C COMMERCE AVE
CONCORD, CA 94520


SEACOAST ELECTRIC CO.
PO BOX 98059
CHICAGO, IL 60693


SF BAR PILOTS
PIER 9 EAST END
SAN FRANCISCO, CA 94111


SF PUBLIC UTILITIES COMMISSIO
#60DRG60D-01
1390 MARKET STREET, 7TH FLOOR
SAN FRANCISCO, CA 94102-5408


SGS HERGUTH LABORATORIES, INC.
PO BOX 2502
CAROL STREAM, IL 60132-2502


SIMPLEX AMERICAS LLC
20 BARTLES CORNER ROAD
FLEMINGTON, NJ 08822-5717


SMITH FIRE SYSTEMS INC
1106 54TH AVE E
TACOMA, WA 98424


SOLID WASTE MANAGEMENT
3510 SOUTH MULLEN ST
TACOMA, WA 98409


SPERRY MARINE  A UNIT OF NORTH
1865 INDUSTRIAL BLVD
NORTHROP GRUMMAN SPERRY MARINE
HARVEY, LA 70058


SPRINT
PO BOX 219100
KANSAS CITY, MO 64121-9100


STELLAR INDUSTRIAL SUPPLY
711 E 11TH STREET
TACOMA, WA 98421

STREICH BROTHERS, INC.
1650 MARINE VIEW DRIVE
TACOMA, WA 98422


STUD WELDING PRODUCTS
PO BOX 68887
SEATTLE, WA 98168


SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH
SUITE 1000
SEATTLE, WA 98104-2682


TECH-1 AUTOMOTIVE
1460 ILLINOIS STREET
SAN FRANCISCO, CA 94107


TECHCOLLECTIVE COOPERATIVE
101 CALIFORNIA ST.
SUITE 2710
SAN FRANCISCO, CA 94111


THEBUYINGNETWORK.COM
420 SO 96TH STREET, SUITE 3
SEATTLE, WA 98108


THRESHOLD DOCUMENTS
810 N STATE STREET
BELLINGHAM, WA 98225


TORCH & REGULATOR REPAIR CO.
2526 TACOMA AVE S
TACOMA, WA 98402


TORK SYSTEMS
3330 EVERGREEN AVE
JACKSONVILLE, FL 32206


TRADESMEN INTERNATIONAL, LLC
910 SW SPOKANE STREET
SEATTLE, WA 98134


TRUTINA FINANCIAL
10811 MAIN ST
BELLEVUE, WA 98004

ULINE
PO BOX 88741
CHICAGO, IL 60680-1741


UNIFIRST
1025 N LEVEE ROAD
PUYALLUP, WA 98371


UNITED RENTALS
123 LOOMIS ST
SAN FRANCISCO, CA 94124


UNITED SITE SERVICES
PO BOX 53267
PHOENIX, AZ 85072


UNITED SITE SVC OF CA, INC
PO BOX 53267
PHOENIX, AZ 85072-3267


UNITED WESTERN SUPPLY
5245 E MARGINAL WAY
SEATTLE, WA 98134


UPS
PO BOX 361595
COLUMBUS, OH 43236


UPS
PO BOX 894820
LOS ANGELES, CA 90189


USE W&O SUPPLY
PO BOX 933067
ATLANTA, GA 31193-3067


UTD SITE SERVICES OF CA, INC
PO BOX 53267
PHOENIX, AZ 85072-3267


VALLEY OIL COMPANY
PO BOX 1655
MOUNTAIN VIEW, CA 94042

VALVE AUTOMATION & CONTROLS
PO BOX 933067
ATLANTA, GA 98680-0848


VERIZON WIRELESS
PO BOX 660108
DALLAS, TX 75266-0108


VOLT
2401 N. GLASSELL STREET
LOS ANGELES, CA 90074


VOLT
2401 N. GLASSELL STREET
ORANGE, CA 92865


VOLT MANAGEMENT CORP
PO BOX 679307
DALLAS, TX 75267-9307


W&O SUPPLY
PO BOX 933067
ATLANTA, GA 31193


WALASHEK INDUSTRIAL AND MARINE
6410 S 143RD ST
TUKWILA, WA 98168


WARTSILA DEFENSE, INC
3617 KOPPENS WAY
CHESAPEAKE, VA 23323


WATER WEIGHTS
470 SATELLITE BLVD STE K
PO BOX 2286
SUWANEE, GA 30024


WCR INCORPORATED
2377 COMMERCE CENTER BLVD.
SUITE B
FAIRBURN, OH 95324


WEST COAST MARINE CHEMISTS INC
PO BOX 2562
ALAMEDA, CA 94501

WEST COAST WIRE ROPE & RIGGING
2900 NW 29TH AVE
PORTLAND, OR 97210


WEST CONF. OF TEAMSTERS PEN.
TEAMSTERS LOCAL #2785
1000 MARINA BLVD
SUITE 400
BRISBANE, CA 94005-1841


WEST MARINE PRO
PO BOX 50060
WATSONVILLE, CA 95077


WESTAR MARINE SERVICES
PO BOX 78100
SAN FRANCISCO, CA 94107-9991


WESTERN PACIFIC CRANE
19602 60TH AVE NE
ARLINGTON, WA 98223


WILSON WALTON INT'L  INC.
3349 ROUTE 138
BLDG C, SUITE E
WALL, NJ 07719


WILSON WALTON INT'L, INC
3349 ROUTE 138, BLDG C, STE E
E WALL, NJ 07719


WILSON WALTON INT'L, INC
3349 ROUTE 138, BLDG C
E WALL, NJ 07719


WOOD'S LOGGING SUPPLY
PO BOX K
LONGVIEW, WA 98632


WORLD ENV & ENERGY
PO BOX 256
W SACRAMENTO, CA 95691

WORLD ENVIRO & ENERGY, INC
PO BOX 256
WEST SACRAMENTO, CA 95691


WORLDWIDE DIESEL POWER INC.
732 PARKER ST
JACKSONVILLE, FL 32202


XPOLOGISTICS
PO BOX 5160
PORTLAND, OR 97208


ZORO TOOLS
909 ASBURY DRIVE
BUFFALO GROVE, IL 60089

# United States Bankruptcy Court
## Western District of Washington

In re    **San Francisco Ship Repair, Inc.**
                           Debtor(s)

Case No. _____

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **San Francisco Ship Repair, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Puglia Engineering Inc.**
**201 Harris Ave**
**Bellingham, WA 98225**

☐ None [*Check if applicable*]

| | |
|---|---|
| **April 17, 2018** | **/s/ Steven J Reilly WSBA** |
| Date | **Steven J Reilly WSBA #44306** |
| | Signature of Attorney or Litigant |
| | Counsel for   **San Francisco Ship Repair, Inc.** |
| | **The Tracy Law Group PLLC** |
| | **720 Olive Way #1000** |
| | **Seattle, WA 98101** |
| | **206-624-9894 Fax:206-624-8598** |